IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 DEC 20 A 9:28

 P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Rodney Raphael Cooper
Full name and prison number
of plaintiff(s)

v.

Jay Jones
Lee, County Sherriffs
Dept.

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06-CV-1125-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee. Co. Detention Center._

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Same_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
| --- | --- |
| 1. Jay Jones | Lee. Co. Detention Ctr. |
| 2. Medical-Staff | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Nov-01-2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel and unusual punishment, medical treatment._

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I went to medical for severe pain in tooth and nothing was done exceptt pain pills and co. payment for no service. Slipt in shower and nobody would lett me gett medical help.

**GROUND TWO:** Truel and unusual punishment.

**SUPPORTING FACTS:** Its 29° inside of our cell wich is F-6 and Sgt. Threat told us that we are the only cell without heat and we cannot have extra blankets to try and keep warm, and to just deal with it and stop crying.

**GROUND THREE:** Food

**SUPPORTING FACTS:** Their is no dietician here and they feed us beens and caned greens every day. We get no meat are milk. We might get some meat on Sunday and thats if we are lucky.

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

GRANT ME SOME RELIEF SO THAT I CAN GET MY HEALTH BACK IN TACT AND LIFE BACK ON TRACK.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/15/06
             (Date)

_____
Signature of plaintiff(s)

4