■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay Jones
Lee County Detention Facility
P.O. Box 2407
Opelika, AL 36801

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Chip Bridges     ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Iris Bridges

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number       06cv1125
(Transfer from service label)
                        7005 1160 0001 2962 0532

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540