IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **RODNEY RAPHAEL COOPER,** ) | |
| ) | |
| Plaintiff, ) | |
| V. ) | Civil Action No. 3:06-cv-1125-MHT-SRW |
| ) | |
| **JAY JONES, et al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones and the Lee County, Alabama Sheriff's Department, the Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report and Answer. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

WHEREFORE, Defendants request an extension of time of thirty (30) days in which to file their Special Report.

Respectfully submitted this the 7th day of February, 2007.

                s/Daryl L. Masters
                DARYL L. MASTERS, Bar No. MAS018
                Attorney for Defendants Jay Jones and
                Lee County, Alabama Sheriff's Department
                WEBB & ELEY, P.C.
                Post Office Box 240909
                7475 Halcyon Pointe Dr. (36117)
                Montgomery, Alabama  36124
                Telephone:  (334) 262-1850
                Fax:  (334) 262-1889
                E-mail:  rrobertson@webbeley.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this the 7th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Rodney Raphael Cooper
Lee County Detention Facility
P. O. Box 2407
F-6
Opelika, AL  36801

                                    **s/Daryl L. Masters**
                                    OF COUNSEL