IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RODNEY RAPHAEL COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:06-CV-1125-MHT |
| | ) |
| JAY JONES, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed on behalf of defendant Jones on February 7, 2007 (Court Doc. No. 8), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that defendant Jones be GRANTED an extension from January 30, 2007 to and including March 1, 2007 to file his response in compliance with the order entered on December 21, 2006.

Done this 8th day of February, 2007.

                                               /s/ Susan Russ Walker
                                               SUSAN RUSS WALKER
                                               UNITED STATES MAGISTRATE JUDGE