IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **RODNEY RAPHAEL COOPER,** | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) Civil Action No. 3:06-cv-1125-MHT-SRW |
| | ) |
| **JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Lee County, Alabama Sheriff Jay Jones, the Defendant in the above-styled cause, and move this Court to grant them an extension of time of 7 days in which to file their Special Report and Answer which are currently due on March 1, 2007. As grounds for this Motion, the Defendants state as follows:

1. Defense counsel is in need of additional time to obtain and review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this one week extension.

WHEREFORE Defendants request this Court to grant them an extension of time to file their Special Report and Answer on or before March 8, 2007.

Respectfully submitted this the 1st day of March, 2007.

                                          **s/Ashley Hawkins Freeman**
                                          DARYL L. MASTERS, Bar No. MAS018
                                          ASHLEY HAWKINS FREEMAN, Bar No. FRE044
                                          Attorneys for Defendant Jay Jones
                                          WEBB & ELEY, P.C.
                                          Post Office Box 240909
                                          7475 Halcyon Pointe Dr. (36117)
                                          Montgomery, Alabama  36124
                                          Telephone:  (334) 262-1850
                                          Fax:  (334) 262-1889
                                          E-mail:  afreeman@webbeley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 1st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Rodney Raphael Cooper
Lee County Detention Facility
P. O. Box 2407
F-6
Opelika, AL  36801

             **s/Ashley Hawkins Freeman**
             OF COUNSEL