**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY RAPHAEL COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | Civil Action No. 3:06-cv-1125-MHT-SRW |
| | ) | |
| **JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT'S SPECIAL REPORT

COMES NOW Lee County Sheriff Jay Jones, Defendant in the above-styled cause, and submit their Special Report to the Court.

## INTRODUCTION

Rodney Raphael Cooper, has been in and out of the Lee County Detention Center multiple times.  Most recently he booked into the Lee County Detention Center on October 2, 2006 on charges of second-degree theft of property or shoplifting.  (Exhibit A, Inmate File of Rodney Raphael Cooper.)   The Plaintiff was a pretrial detainee at all times relevant to the allegations made the basis of the Plaintiff's Complaint.  (Exhibit B, Affidavit of Corey Welch[1], "Welch Aff." ¶ 3.)

## PLAINTIFF'S ALLEGATIONS

Plaintiff alleges that Defendant violated his constitutional rights by 1) denying him adequate medical care, 2) by housing him in a cell where the temperature was 29 degrees Fahrenheit without an extra blanket and 3) by serving him meals not approved by a dietician,

---

[1]   Lt. Welch is employed by the Lee County Sheriff's Office and assigned to serve as a corrections officer at the Lee County Detention Center.  He has worked as a correctional officer for over ten years, having obtained the rank of Lieutenant in November 2004.  He is both a graduate of the Police Academy and the Alabama Jail Management School.  Half of Lee County Detention Center staff is assigned to the red team and half is assigned to the blue team.  He is the red team supervisor.  Lt. Welch is in charge of work-release inmates and is the SPORT team administrator.  Lt. Roberson and Lt. Welch are the highest ranking jail officials under Major Torbert and Sheriff Jones.  (Welch Aff. ¶ 2.)

which lack meat and milk.  (Plaintiff's Compl. p. 4.)

**DEFENDANT'S RESPONSE TO PLAINTIFF'S ALLEGATIONS**

Sheriff Jones denies the allegations made against him by Plaintiff as being untrue and completely without basis in law or fact.  Defendant denies that he acted, or caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.  (Exhibit C, Affidavit of Sheriff Jay Jones[2], "Jones Aff.," ¶ 5.)  Defendant raises the defenses of Eleventh Amendment immunity, qualified immunity, Plaintiff's failure to comply with the Prison Act, and additional defenses presented below.  Defendant reserves the right to add additional defenses if any further pleading is required or allowed by the Court.

I.    **FACTS**

A.    **MEDICAL CARE**

It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community, which will ensure their physical and emotional well-being.  (Jones Aff. ¶ 11; Welch Aff. ¶ 10; Exhibit D, Affidavit of Ray Roberson[3], "Roberson Aff.," ¶ 10; Exhibit E, Affidavit of Tommy Threat[4], "Threat Aff.," ¶ 13; Exhibit F, Affidavit of Nurse Linda Stewart[5], "Stewart Aff.," ¶ 7.)

---

[2]  Jay Jones is the duly elected Sheriff of Lee County, Alabama, and has served in such capacity since 1999.  (Jones Aff. ¶ 2.)

[3]  Lt. Roberson is employed with the Lee County Sheriff's Office and serve as Assistant Jail Administrator at the Lee County Detention Center.  He has worked in the Lee County Detention Center for twenty-three years and has obtained the rank of lieutenant.  (Roberson Aff. ¶ 2.)

[4]  Sgt. Threat is employed by the Lee County Sheriff's Office and assigned to serve at the Lee County Detention Center.  He has achieved the rank of Sergeant.  He has been employed at the Lee County Detention Center for six (6) years and is a graduate of the Alabama Jail Management School.  (Threat Aff. ¶ 2.)

[5]  Nurse Stewart has been employed as a nurse with the Lee County Detention Facility for over five years.  She is an L.P.N. and has been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years.  She is a Certified Correctional Health Professional by the National Commission on Correctional Health Care.  She taught Nursing Assistance Clinicals for two years at Career Institute. Nurse Stewart collected medical information for the law firm of Bellamy and Jones for three years, and was employed as

2

Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.  (Jones Aff. ¶ 12; Welch Aff. ¶ 11; Roberson Aff. ¶ 11; Threat Aff. ¶ 14.)

No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.  (Jones Aff. ¶ 13; Welch Aff. ¶ 12; Roberson Aff. ¶ 12; Threat Aff. ¶ 15.)

Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.  (Jones Aff. ¶ 14; Welch Aff. ¶ 13; Roberson Aff. ¶ 13; Threat Aff. ¶ 16.)

Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.  (Jones Aff. ¶ 15; Welch Aff. ¶ 14; Roberson Aff. ¶ 14; Threat Aff. ¶ 17.)

It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Facility to request health care services at any time.  (Jones Aff. ¶ 16; Welch Aff. ¶ 15; Roberson Aff. ¶ 15; Threat Aff. ¶ 18.)

Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

> a.    <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.
>
> b.    <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

(Jones Aff. ¶ 17; Welch Aff. ¶ 16; Roberson Aff. ¶ 16; Threat Aff. ¶ 19.)

Requests for medical treatment will be accepted by members of the Detention Facility staff

---

the personal nurse for Doctor Hoffman, in  Phenix City, Alabama, for twelve-years, prior to coming to the Lee County Detention Facility.  (Stewart Aff. ¶ 1.)

at any time. (Jones Aff. ¶ 18; Welch Aff. ¶ 17; Roberson Aff. ¶ 17; Threat Aff. ¶ 20.)

When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner. Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered. (Jones Aff. ¶ 19; Welch Aff. ¶ 18; Roberson Aff. ¶ 18; Threat Aff. ¶ 21.)

Medical requests of an emergency nature are to be handled immediately. (Jones Aff. ¶ 20; Welch Aff. ¶ 19; Roberson Aff. ¶ 19; Threat Aff. ¶ 22.)

Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process. (Jones Aff. ¶ 21; Welch Aff. ¶ 20; Roberson Aff. ¶ 20; Threat Aff. ¶ 23.)

The Detention Facility nurses, under the direction of the Detention Facility Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility. (Jones Aff. ¶ 22; Welch Aff. ¶ 21; Roberson Aff. ¶ 21; Threat Aff. ¶ 24.)

All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official. Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate. (Jones Aff. ¶ 23; Welch Aff. ¶ 23; Roberson Aff. ¶ 23; Threat Aff. ¶ 25.)

All inmates are required to pay a $10.00 fee for non-emergency treatment and a $3.00 fee for prescription medication. Inmates are never denied emergency medical treatment or treatment

to a life-threatening injury. Inmates will not be denied necessary medical treatment because of lack of funds or for any other reason. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies that may be received. (Jones Aff. ¶ 24; Welch Aff. ¶ 24; Roberson Aff. ¶ 24.)

When an inmate requests to see a dentist, the inmate is first examined by the jail physician in order to ensure that the inmate does not suffer from an emergency medical condition and to ensure that the inmate most likely does have a dental problem. If the inmate's request is not of an emergency nature, the inmate is placed on the list to by seen by a dentist. A local dentist sees 10 inmates from the Lee County Detention Center a week. Inmates are seen in the order that their name appears on the list. (Welch Aff. ¶ 22; Roberson Aff. ¶ 22.)

On October 2, 2006, Plaintiff was questioned by a corrections officer about his health during booking procedures. Plaintiff answered no when asked if he was having any problems or pain with is teeth. (Ex. A, Inmate File; Medical Screening Form dated October 2, 2006.)

Nurse Stewart received and responded to two request slips from Plaintiff requesting medical care for a toothache. Plaintiff submitted the first slip on October 5, 2006 and the second slip on October 6, 2006. After receipt of the first slip, Nurse Stewart placed Plaintiff on a list to see the dentist. (Stewart Aff. ¶ 20; Exhibit G, Inmate Medical File.)

Dr. McFarland, the physician at the Lee County Detention Center, examined Plaintiff and determined that he did need to see a dentist. Plaintiff was examined by Dr. William G. King, III, D.M.D. on October 27, 2006. Dr. King prescribed amoxicillin and Lortab to Plaintiff and determined that Plaintiff could have his wisdom teeth removed as elective, non-emergency surgery paid for by Plaintiff. Plaintiff received his first dose of these medications on October 27,

2006.  Plaintiff continued to receive these medications exactly as Dr. King prescribed them, as shown by the Medication Administration Records.  (Stewart Aff. ¶ 21; Ex. G, Inmate Medical File.)

Nurse Stewart followed Dr. McFarland's and Dr. King's orders with regard to the Plaintiff's medical care.  In fact, per the policy of the Lee County Sheriff's Office, she always follows the instructions of the treating physician on all medical issues.  (Stewart Aff. ¶ 22; Ex. G, Inmate Medical File.)

There is no report or request form in the Plaintiff's Inmate or Medical File showing that the Plaintiff ever fell in the shower as he alleged or that he requested medical care due to a fall in the shower as Plaintiff alleged.  (Welch Aff. ¶ 28; Ex. G, Inmate Medical File.)

Per the policy of the Lee County Sheriff's Office, the nonmedical staff always defer to the instructions of the trained medical professionals on all medical issues.  (Jones Aff. ¶ 25; Welch Aff. ¶ 25; Roberson Aff. ¶ 25.)

**B.    CONDITIONS OF CONFINEMENT**

The heating system for the Lee County Detention center maintains a temperature between 68 and 70 degrees Fahrenheit in all inmate cells.  Increasing this temperature increases the opportunity for germ growth.  If a problem does occur within the heating system, a service professional is called to fix it immediately.  Plaintiff has never been housed in a cell without adequate heat.  (Jones Aff. ¶ 26; Welch Aff. ¶ 26; Roberson Aff. ¶ 26; Threat Aff. ¶ 11.)

At booking each inmate receives one blanket and two sheets.  Per jail policy, inmates are not issues any further bedding items.  (Welch Aff. ¶ 27; Roberson Aff. ¶ 27; Threat Aff. ¶ 12.)

Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu.  The original pre-approved menu has been approved by

a certified dietician at the Auburn University Extension Office.  The dietitian has made any necessary revisions to the menu, which is then adopted and approved by Detention Center staff as the menu as meeting all nutritional requirements.  This dietitian-approved menu is the basis for all meals that have been served to inmates in the Lee County Detention Facility over the past two years.  (Jones Aff. ¶ 27; Welch Aff. ¶ 29; Roberson Aff. ¶ 28.)

Inmates receive ample amounts of dairy products, proteins and vegetables.  Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks several times a week.  Further, healthy portions are served at each meal.  Inmates are usually served meat daily. Inmates usually are served three to four different food items at every meal, offering a variety of food choices each day.  Inmates are served fruit several times a week.  (Jones Aff. ¶ 28; Welch Aff. ¶ 30; Roberson Aff. ¶ 29; Exhibit H, Detention Center Menus October 2006 through February 2007.)

Sheriff Jones, Lt. Welch, Lt. Roberson, Sgt. Threat and Nurse Stewart have complied with all policies and procedures of the Lee County Detention Center.  They are not aware of nor have they authorized or allowed any deviation from said policies and procedures.  (Jones Aff. ¶ 29; Welch Aff. ¶ 31; Roberson Aff. ¶ 31; Threat Aff. ¶ 26; Stewart Aff. ¶ 4.)  As a Detention Facility nurse, Nurse Stewart has neither duty nor authority with regard to any non-medical issues.  Her sole duty and authority is with regard to medical care of inmates.  (Stewart Aff. ¶ 6.)

### C.    GRIEVANCE PROCEDURES.

It is the policy of the Lee County Sheriff's Office that members of the Detention Center staff receive and answer any written grievances or requests made by inmates to the sheriff, chief deputy sheriff, or Detention Center personnel.  (Jones Aff. ¶ 6; Welch Aff. ¶ 5; Roberson Aff. ¶ 5; Threat Aff. ¶ 5.)

Inmates housed in the Lee County Detention Center are furnished with inmate request forms for the purpose of stating their requests or grievances in writing. Detention Center personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate. The officer receiving the request form is to answer the request if possible. If that officer is unable to answer the request, he is to forward it to the appropriate individual and/or up the chain of command until the request is answered. If the request form is directed to a particular officer, the officer receiving the request will forward the request to the officer to whom the request is directed. If the officer to whom the request is directed is not on duty that day, the request will be addressed on that officer's next scheduled working day. (Jones Aff. ¶ 7; Welch Aff. ¶ 6; Roberson Aff. ¶ 6; Threat Aff. ¶ 6.)

Internal grievance procedures at the Lee County Detention Center are available to all inmates. It is the policy of the Lee County Sheriff's Office that inmates are permitted to submit grievances and that each grievance will be acted upon. (Jones Aff. ¶ 8; Welch Aff. ¶ 7; Roberson Aff. ¶ 7; Threat Aff. ¶ 8.)

All inmates are provided a copy of the Lee County Detention Center Inmate Handbook when they are booked into the jail. Plaintiff signed a receipt showing that he had received a copy of the handbook and could read it. (Ex. A, Inmate File, Plaintiff's signed receipt of inmate handbook.) The inmate handbook states that an inmate may report a grievance on an inmate request form. Grievances are first answered by the appropriate staff at the lowest level in the chain of command. The inmate handbook also states that if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the Sheriff, who will make the final decision. (Jones Aff. ¶ 9; Welch Aff. ¶ 8; Roberson Aff. ¶ 8;

Threat Aff. ¶ 9.)

Sheriff Jones, Lt. Welch, Lt. Roberson, and Sgt. Threat have never received any request form or complaint from Plaintiff concerning any of the allegations of his Complaint.  Other than the two requests requesting medical care for a toothache dated October 5, 2006 and October 6, 2006, Nurse Stewart has never received a grievance or request from the Plaintiff concerning the allegations made the basis of his Complaint.  A copy of all grievances and requests are filed in the inmate's file.  However, the only requests in the Plaintiff's inmate file concern his requests regarding his parole, his requests regarding money to spend at the store, his request regarding his personal property being picked up and his request regarding his bad check charge.  Had the Plaintiff made a request concerning any other allegations of his Complaint a copy would have been placed in the Plaintiff's inmate file.  However, no such requests can be found in the Plaintiff's inmate file.  (Threat Aff. ¶ 10.)  Per Lee County Sheriff's Office policy, an inmate has the opportunity to appeal any grievance to Sheriff Jones, Lt. Welch, and Lt. Roberson if he were not satisfied with the response at the lower levels in the chain of command.  The Plaintiff has not appealed any grievance to Sheriff Jones, Lt. Welch or Lt. Roberson.  Accordingly, the Plaintiff has failed to exhaust his administrative remedies at the Lee County Detention Center.  (Jones Aff. ¶ 10; Welch Aff. ¶ 9; Roberson Aff. ¶ 9; Threat Aff. ¶ 10.)

## II.    LAW

### A.    All claims by Plaintiff against Defendant in his official capacity must fail based on Eleventh Amendment immunity and because he is not a "person" under 42 U.S.C. § 1983.

Plaintiff's claims against Sheriff Jones in his official capacity are due to be dismissed for lack of subject matter jurisdiction as such claims are barred by the Eleventh Amendment to the United States Constitution.  Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a

9

sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Carr v. City of Florence, Ala., 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Lancaster v. Monroe County, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacities claims must fail because 42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution. 42 U.S.C. § 1983 (emphasis added). The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983. Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989). Any claims against Defendant in his official capacity should therefore be dismissed because he is not a "person" under § 1983, and therefore claims against him in his official capacity fail to state a claim upon which relief can be granted. Id.; Carr, 916 F.2d at 1525 n.3 (11th Cir. 1990).

**B.    Plaintiff's failure to comply with the Prison Litigation Reform Act bars the Complaint.**

**1.    Plaintiff has failed to exhaust all Administrative Remedies.**

Under the Prison Litigation Reform Act ("PLRA"), an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983. 42 U.S.C. § 1997e (a). The Plaintiff in this case has not utilized two separate and distinct administrative remedies available to him. First, the Plaintiff has not exhausted the grievance procedures provided at the Lee County Detention Center. Secondly, he has not alleged that he pursued any grievance through the State Board of Adjustment. See Brown v. Tombs, 139 F.3d 1102, 1103-04 (6th Cir.

1998) (requiring prisoners to affirmatively show that they have exhausted administrative remedies).  Despite the availability of a grievance procedure at the Lee County Detention Center, Plaintiff did not file a grievance with the Lee County Detention Facility.

In addition to the grievance procedure at the local level, Alabama law provides the opportunity to file a claim and proceed before the State of Alabama Board of Adjustment pursuant to Ala. Code § 41-9-60.  The Sheriff of Lee County is a state officer, as are his alter egos, and therefore would be entitled to sovereign immunity.  See Lancaster v. Monroe County, 116 F.3d 1419, 1429 (11th Cir. 1998).  Due to this immunity, the State of Alabama has provided an administrative remedy for the recovery of money damages through the State of Alabama Board of Adjustment.

As a result of Plaintiff's failure to exhaust these two remedies, he is barred from bringing this action under § 1997e(a).  See Alexander v. Hawk, 159 F.3d 1321, 1326-27 (11th Cir. 1998) (affirming dismissal of prison action due to failure to exhaust administrative remedies).[6]

> **2.    Plaintiff's claims are barred by the Prison Litigation Reform Act because he has not suffered any physical injury as a result of the allegations in his Complaint.**

42 U.S.C. § 1997e(e) of the Prison Litigation Reform Act requires that a plaintiff

---

[6] See Terry Shane Williams v. Cecil Reed, et al., United States District Court for the Northern District of Alabama, Middle Division, No. CV-99-BU-2938-M, slip op. at 3-4 (N.D. Ala. August 15, 2000) (adopted by district judge September 21, 2000) (dismissed the plaintiff's claims without prejudice for his failure to exhaust his administrative remedies at the DeKalb County Jail); Richard Dale Woodham v. Bill Lands, United States District Court for the Northern District of Alabama, Middle Division, No. CV-00-AR-0170-M, slip op. at 4-5 (N.D. Ala. November 7, 2000) (adopted by district judge December 4, 2000) (dismissed the plaintiff's claims without prejudice for his failure to exhaust his administrative remedies at the DeKalb County Jail); Quinton M. Johnson v. Sgt. Robinson, et al., United States District Court for the Middle District of Alabama, Eastern Division, No. CV-00-D-616-E, slip op. at 3-5 (M.D. Ala. January 12, 2001) (adopted by district judge January 31, 2001) (dismissing the plaintiff's claims without prejudice for his failure to exhaust his administrative remedies with the State of Alabama Board of Adjustment); David Wilson Bell, Sr. v. Tina Riley, et al., United States District Court for the Middle District of Alabama, Eastern Division, No. CV-00-D-731-E, slip op. at 4-5 (M.D. Ala. February 21, 2001) (adopted by district judge March 20, 2001) (dismissing the plaintiff's claims without prejudice for his failure to exhaust his administrative remedies with the State of Alabama Board of Adjustment); Mitchell Lee Hicks v. Jack Day, et al., Circuit Court of Clarke County, Alabama, No. CV-00-280M, slip op. 1-3 (March 21, 2001) (dismissed the plaintiff's claims without prejudice for his failure to exhaust his administrative remedies with the State of Alabama Board of Adjustment); But see, Garner v. Weeks, No. 00-14582 (11th Cir. April 10, 2001).

demonstrate that he suffered physical injury before instituting a complaint based upon jail conditions. The PLRA states the following concerning physical injury:

> No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury. 42 U.S.C. § 1997e(e).

The Eleventh Circuit has determined that the physical injury requirement of § 1997e(e) requires that a plaintiff demonstrate a physical injury that is more than *de minimis* although the injuries do not have to be significant. Harris v. Garner, 190 F.3d 1279, 1286 (11th Cir.), vacated, 197 F.3d (11th Cir. 1999), reinstated in relevant part, Harris v. Garner, 216 F.3d 970 (11th Cir. 2000) (en banc). In the present action, Plaintiff suffered no physical injury as a result of the allegations described in his Complaint. (See Plaintiff's Compl.) Further, Plaintiff's Complaint fails to allege that he suffered an injury. As a result, the case is due to be dismissed pursuant to 42 U.S.C § 1997e(e).

**C.    Alternatively, Defendant is entitled to qualified immunity because nothing in his conduct crossed a "bright line" contour of clearly established constitutional law.**

Sheriff Jones was acting within his discretionary authority as Sheriff of Lee County during all times relevant to Plaintiff's Complaint because all his actions were taken in the furtherance of his job duties. See, e.g. Holloman ex rel. Holloman v. Harland, 370 F.3d 1252 (11th Cir. 2004). Once a defendant has asserted the defense of qualified immunity and shown that he was acting within his discretionary authority, the threshold inquiry a court must undertake is whether the plaintiff's allegations, if true, establish a constitutional violation. Saucier v. Katz, 533 U.S. 194, 201 (2001). This initial inquiry is whether "[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?" Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)). The second

inquiry is, if a constitutional violation is stated, were these rights "clearly established" to the degree that this Defendant had "fair warning" that his conduct violated the Plaintiff's constitutional rights?  Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003).

In making an assessment of whether the particular conduct of this Defendant was clearly established as being violative of constitutional dictates, the reviewing court must examine the state of law at the time the alleged deprivation occurred.  See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994).  A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right." Anderson v. Creighton, 483 U.S. 635, 640 (1987); Lancaster, 116 F.3d at 1424.  "In this circuit, the law can be 'clearly established' for qualified immunity purposes only by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court of the state where the case arose." Jenkins v. Talladega Bd. of Educ., 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

Assuming, arguendo, that the Plaintiff could demonstrate a constitutional violation, he must still show that clearly established law provided Defendant with fair warning that his conduct was unlawful.  He may do so by either (1) pointing to a case with materially similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a pertinent federal statute or federal constitutional provision are specific enough to demonstrate conduct was illegal, even in the total absence of case law.  Storck v. City of Coral Springs, 354 F.3d 1307, 1317 (11th Cir. 2003) (citations omitted).  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  In order to show that the conduct of the Defendant was unconstitutional with "obvious clarity," "the unlawfulness must have been apparent." Willingham, 321 F.3d at 1301.  "Unless a government

agent's act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit." Storck, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

### 1. Medical Claims

In order to prevail under 42 U.S.C. § 1983 on his medical claim, the Plaintiff must demonstrate that Defendant was deliberately indifferent to a serious medical condition. Because society does not expect that prisoners will have unqualified access to health care, deliberate indifference to medical needs amounts to an Eighth Amendment violation only if those needs are "serious." Hudson v. McMillian, 503 U.S. 1, 9 (1992).

> A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. A prison or medical official may be held liable under the Eighth Amendment for actions with "deliberate indifference" to inmate health or safety only if he knows that inmates face a substantial risk of serious harm and disregards that risk by failing to take reasonable measures to abate it. Mere negligence does not suffice to prove deliberate indifference.

Farmer v. Brennan, 511 U.S. 825, 837 (1994) ("Deliberate indifference describes a state of mind more blameworthy than negligence."). Furthermore, where a prisoner has received medical attention and the dispute concerns the adequacy of the medical treatment, deliberate indifference is not shown. Hamm v. DeKalb County, 774 F.2d 1567 (11th Cir. 1985).

In the instant case, the evidence shows that, on the occasions where the Plaintiff complains he did not receive adequate medical treatment, he was actually treated by two licensed and trained medical doctors and a nurse. On October 2, 2006 Plaintiff stated that he did not have any problem with his teeth. After he requested medical care for his teeth on October 5, 2006, he was placed on the list to see the dentist. The jail physician and a dentist examined Plaintiff. Plaintiff was given his medications as prescribed to him. The jailers did their duties in getting

14

the Plaintiff to see medical staff for evaluation. The nurses did their duty in referring the Plaintiff to the medical doctor and seeing to it that he was treated and that his medication was dispersed. Further, the evidence establishes that Plaintiff never requested medical attention regarding an alleged fall in the shower. There are no grievances in the Plaintiff's file regarding his allegations of denial of medical care. Clearly, Plaintiff has not shown that Defendant was in any way deliberately indifferent to any serious medical need of the Plaintiff.

An inmate does not have a right to a *specific* kind of treatment. <u>City of Revere v. Massachusetts General Hosp.</u>, 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; *how [a municipality] obtains such treatment is not a federal constitutional question*") (emphasis added). Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the Plaintiff. <u>See</u> <u>Waldrop v. Evans</u>, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); <u>Hamm v. DeKalb County</u>, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), <u>cert. denied</u>, 475 U.S. 1096 (1986); <u>Westlake v. Lucas</u>, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "Where a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments").

Furthermore, the Defendant does not have any kind of medical education, training or experience. He relies upon the professional judgment of medical professionals who have been retained to provide care to the inmates. While the Eleventh Circuit has not had an opportunity to

visit this issue, the Eighth Circuit has addressed a similar claim.  In Meloy v. Bachmeier, 302 F.3d 845 (8th Cir. 2002), a former inmate sued several prison doctors, a nurse, and the prison's medical director[7] for failing to provide him with a positive air pressure machine needed to treat his sleep apnea.  302 F.3d at 847.  Reversing the district court's denial of summary judgment for the director, the Eighth Circuit began by making some common sense summary judgment for the director, the Eighth Circuit began by making some common sense observations.  "A prison's medical treatment director who lacks medical expertise cannot be liable for the medical staff's diagnostic decisions."  302 F.3d at 847 citing, Camberos v. Branstad, 73 F.3d 174, 176 (8th Cir. 1995).  Further, the Meloy court stated "[p]rison officials cannot substitute their judgment for a medical professional's prescription."  Id. citing, Zentmyer v. Kendall County, 220 F.3d 805, 812 (7th Cir. 2000).  Finally, the court held:

> The law does not clearly require an administrator with less medical training to second-guess or disregard a treating physician's treatment decision.  Because the law was not clearly established that [the director] was deliberately indifferent to [the plaintiff's] serious medical needs, [the director] is entitled to qualified immunity.

302 F.3d at 849.

In the instant case, the evidence shows that Plaintiff was treated by the jail nurse, the jail medical doctor and a dentist.  The Sheriff, who is not a trained and licensed medical provider, is in no way responsible for second-guessing the judgments of nurses and doctors.  Furthermore, the nurses, like the director in Meloy, cannot, and should not, second guess the judgment of the Plaintiff's medical doctor.  Therefore, Defendant is entitled to qualified immunity from Plaintiff's claims.

### 2.  Plaintiff's conditions of confinement claims.

In order to establish a conditions of confinement claim Plaintiff "must prove three

---

[7] The medical director was a trained and licensed nurse.  302 F.3d at 846.

elements:    (1) a condition of confinement that inflicted unnecessary pain or suffering [constituting cruel and unusual punishment], (2) the defendant[s'] 'deliberate indifference' to that condition, and (3) causation.   Rhodes v. Chapman, 452 U.S. 337, 347, 101 S. Ct. 2392, 2399, 69 L. Ed. 2d 59 (1981) (first element); Wilson v. Seiter, [502] U.S. [294, 303], 111 S. Ct. 2321, 2327, 115 L. Ed. 2d 271 (1991) (second element); Williams v. Bennett, 689 F.2d 1389-90 (11th Cir. 1982) (third element).   Whether a particular condition of confinement constitutes cruel and unusual punishment is an objective inquiry; whether jail officials were deliberately indifferent to that condition is a subjective inquiry.   Wilson v. Seiter, 502 U.S. at 290.   In the instant case, the Plaintiff cannot establish either the objective or subjective components of his conditions of confinement claims.

### a.    Objective Component

With regard to the objective component, the Eleventh Circuit has held that "*extreme deprivations* are required to make out a conditions-of-confinement claim" under the Eighth Amendment.[8]  Chandler v. Crosby, 379 F.3d 1278, 1298 (11th Cir. 2004) (emphasis in original). "[A] constitutional violation occurs only where the deprivation alleged is, objectively, 'sufficiently serious.'"  Farmer v. Brennan, 511 U.S. 825, 834 (1994).  "[T]he Constitution does not mandate comfortable prisons."  Chandler, 379 F.3d. at 1289.  In the instant case, the Plaintiff cannot present evidence of any *extreme* deprivation that could be objectively considered "cruel and unusual."

---

[8] "Claims involving the mistreatment of . . . pretrial detainees in custody are governed by the Fourteenth Amendment's Due Process Clause instead of the Eighth Amendment's Cruel and Unusual Punishment Clause, which applies to such claims by convicted prisoners.  But it makes no difference whether [the plaintiff] was a pretrial detainee or a convicted prisoner because 'the applicable standard is the same, so decisional law involving prison inmates applies equally to cases involving pretrial detainees.'"  Bozeman v. Orum, 422 F.3d 1265, 1271 (11th Cir. 2005) (internal citations omitted).

### b.    Subjective Component

Even if the Plaintiff's conditions of confinement were objectively "cruel and unusual," there must still be evidence of subjective deliberant indifference on the part of each Defendant. "To be deliberately indifferent, a [jail] official must knowingly or recklessly disregard an inmate's basic needs." LaMarca v. Turner, 995 F.2d 1526, 1535 (11th Cir. 1993). "[A] plaintiff must prove that the official possessed knowledge both of the infirm condition and of the means to cure that condition, 'so that a conscious, culpable refusal to prevent the harm can be inferred from the defendant's failure to prevent it.'" Id. (quoting Duckworth v. Franzen, 780 F.2d 645, 653 (7th Cir. 1985), cert. denied, 479 U.S. 816 (1986). There must be evidence that the official "knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference." Farmer v. Brennan, 511 U.S. 825, 837 (1994). The Court equates the level of culpable intent required to the standard employed in the context of *criminal* recklessness prosecutions. Id. at 837-839. No liability can be attributed to "an official's failure to alleviate a significant risk which he should have perceived but did not." Cottrell v. Caldwell, 85 F.3d 1480, 1491 (11th Cir. 1996). Where jail officials attempt to remedy constitutional short-comings but fail to do so, the official cannot be found to have been "deliberately indifferent" unless the official knew of but disregarded appropriate effective alternatives. LaMarca, 995 F.2d at 1536. Furthermore, the United States Supreme Court has held that a significant injury is required in order to sustain a conditions of confinement claim. Porter v. Nussle, 534 U.S. 516, 528 (U.S. 2002).

Plaintiff cannot show that Defendant has been deliberately indifferent with regard to the conditions of confinement at the Lee County Detention Facility. Plaintiff has failed to allege or

offer any evidence sufficient to sustain a claim that any actions of the Defendant constituted cruel and unusual punishment.  In this case, none of the conditions of which Plaintiff complains constitutes an excessive risk to his health or safety.  Plaintiff has not shown or even alleged how he has been injured as a result of any of his allegations.  Furthermore, the Plaintiff has not presented sufficient evidence to show that any impairment to his physical or mental condition actually resulted from the aforementioned environment.  In the instant case, even if there were an excessive risk to his health or safety, the Plaintiff has not sufficiently alleged that Sheriff Jones knew of or disregarded that risk.  There are no grievances in the Plaintiff's file regarding his allegations of the conditions of his confinement.  The Plaintiff has failed to sufficiently allege how each Defendant was deliberately indifferent to any alleged conditions.  Plaintiff has failed to allege that he suffered any injury as a result of the conditions of his confinement.

Based on the foregoing, it is clear that the Defendant did not violate Plaintiff's constitutional rights.  Further, Plaintiff cannot show that clearly established law provided the Defendant with fair warning that his conduct was unlawful.  Therefore, the Defendant is entitled to qualified immunity.  Because the Plaintiff cannot meet the objective or subjective tests as set forth in Farmer, *supra*, his conditions of confinement claims are due to be dismissed.

### 3.    No clearly established law provided the Defendant with fair warning that his conduct was unlawful.

Assuming, *arguendo*, that the Plaintiff could demonstrate a constitutional violation, he must still show that clearly established law provided the Defendant with fair warning that his conduct was unlawful.  He may do so by either (1) pointing to a case with materially similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a pertinent federal statute or federal constitutional provision are specific enough to demonstrate conduct was illegal, even in the total absence of case law.  Storck v. City of Coral Springs, 354 F.3d 1307, 1317 (11th Cir. 2003)

(citations omitted).  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  In order to show that the conduct of the Defendant was unconstitutional with "obvious clarity," "the unlawfulness must have been apparent."  Willingham, 321 F.3d at 1301.  "Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit."  Storck, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

The Plaintiff cannot meet his burden of demonstrating a constitutional violation or showing that clearly established law provided the Defendant with fair warning that his conduct was unlawful in any of the areas of which the Plaintiff complains.  Therefore, the Defendant is entitled to qualified immunity.

### D.    Plaintiff has failed to allege sufficient personal involvement on each claim.

The language of 42 U.S.C. § 1983 requires proof of an affirmative causal connection between the actions taken by the defendants and the constitutional deprivation.  Swint v. City of Wadley, 51 F. 3d 988 (11th Cir. 1995).  The requisite causal connection may be shown by the personal participation of the defendant, a policy established by the defendant resulting in indifference to constitutional rights or a breach of a duty imposed by state of local law which results in constitutional injury.  Zatler v. Wainwright, 802 F. 2d 397 (11th Cir. 1986).

The Plaintiff has failed to allege that Sheriff Jones was in any way personally involved in any alleged violation of Plaintiff's constitutional rights.  Plaintiff has offered no allegation demonstrating that Sheriff Jones was in any way involved in the actions he claims were constitutionally infirm.  There are absolutely no facts to show that Sheriff Jones personally participated in his claims, nor does the Plaintiff allege specifically how Sheriff Jones violated his

constitutional rights.  As such, all Plaintiff's claims against Sheriff Jones are due to be dismissed.

> **E.    To the extent that any claims against the Defendant is based on the theory of *respondeat superior*, such claims must fail.**

To the extent that Plaintiff's claims are an attempt to hold the Defendant liable under a *respondeat superior* theory, his claim must similarly fail.

> [Supervisory] liability under § 1983 must be based on something more than a theory of *respondeat superior*.  Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions and the supervising official and the alleged constitutional violation.  The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged depravation, and he fails to do so.

Dolihite v. Maughon, 74 F.3d 1027, 1052 (11th Cir. 1996).

> **F.    Summary Judgment Standard**

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant.  Greason v. Kemp, 891 F.2d 829, 831 (11th Cir. 1990).  However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts."  Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986).  Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit.  See Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000).  "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'"  Reeves, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[9]  "A reviewing court need not 'swallow

---

[9] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'"  Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting Massachusetts Sch. of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

## CONCLUSION

Defendant denies each and every allegation made by Plaintiff in the Complaint. Defendant has not acted in a manner so as to deprive Plaintiff of any right to which he is entitled.

## MOTION FOR SUMMARY JUDGMENT

Defendant respectfully requests that this Honorable Court treat his Special Report as a Motion for Summary Judgment, and grant unto him the same.

Respectfully submitted this the 2nd day of March, 2007.

s/Ashley Hawkins Freeman
DARYL L. MASTERS, Bar No. MAS018
ASHLEY HAWKINS FREEMAN, Bar No. FRE044
Attorneys for Defendant Jay Jones
WEBB & ELEY, P.C.
Post Office Box 240909
7475 Halcyon Pointe Dr. (36117)
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  afreeman@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

**Rodney Raphael Cooper**
**Lee County Detention Facility**
**P. O. Box 2407**
**F-6**
**Opelika, AL  36801**

> **s/Ashley Hawkins Freeman**
> OF COUNSEL

**Exhibit A, Part 1**
**Inmate File of Rodney Raphael Cooper**

Lee County Detention Center
# INMATE REQUEST SLIP

F-6
**LOCATION**

Name _Rodney R. Cooper_ Date _1/14/07_

☐ Telephone Call  ☐ Doctor  ☐ Dentist  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

SGT. TABB, ATLANTA HAS A PAROLE
hold on me THAT should have
BEEN lifted acc. to my parole
officer MS. PEEK. my hearing
was NOV 20-06 AND im trying
to mAke bond on the theft 2N
but the hold wont let me.
THANK you. Sir.

<u>Do Not Write Below This Line</u> - For Reply Only

IF MS. PEEK STATED THAT IT HAD BEEN
LIFTED, THEN SHE NEEDS TO FURNISH THE
JAIL WITH PAPERWORK STATING IT WAS LIFTED.
THERE IS NO SUCH PAPERWORK IN YOUR FILE.

_3205_
1/19/07

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant  ☐ Chief Deputy  ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

F-6
**LOCATION**

Name _Rodney L. Cooper_ Date _11-9-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. Give To Jailer

Major Tolbert my bond is 16,000 and
I only have property deed but they
say I need 2 people I only have
one and that's my fiancee, could
you please approve this with just
her signing, I'm an Opelika Res.
Born and raised, could you please
help me I don't have any F.T.A on my
record.

Do Not Write Below This Line - For Reply Only    GOD. BLESS.

You must have two property owner signatures for
felony bond unless approved by the circuit Judge.

_(signature)_
11-12-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

CHARGE AND FINE SHEET——NWNI

CASE NUMBER: DC- *06-2552*

DEFENDANT: *R R Cooper*

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *53.32*

PAY:    COSTS:    $ *202 00* BY _____

FINE:    $ _____ BY _____

RESTITUTION:    $ *53.32* BY _____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

NO PERSONAL CHECKS WILL BE ACCEPTED
OFFICE HOURS:   MONDAY-FRIDAY, 8:30AM TIL 4:30PM
PHONE NUMBER: 334-749-7141   EXT. 247

**CHARGE AND FINE SHEET------NWNI**

CASE NUMBER: DC- *06-2552.01*

DEFENDANT: *R.R. Cooper*

| | | |
|---|---|---|
| Docket Fee: | $ 164.00 | |
| Law Library: | 2.00 | |
| Judicial Fee: | 3.00 | |
| Subpoena:_____ X | 8.00 | |
| CVF: | 25.00 | |
| WCU/DA | 105.40 | |
| WCU/CT | 97.00 | |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *666.08*

PAY:    COSTS:    $ *202⁰⁰*  BY _____

FINE:    $ _____  BY _____

RESTITUTION:    $ *666.08* BY _____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:  MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141    EXT. 247**

**CHARGE AND FINE SHEET------NWNI**

CASE NUMBER: DC- *06-2552.02*

DEFENDANT: *R R Cooper*

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *590.49*

PAY:    COSTS:    $ *262.00*  BY _____

FINE:    $ _____  BY _____

RESTITUTION:    $ *590.49*  BY _____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:  MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141   EXT. 247**

**CHARGE AND FINE SHEET——NWNI**

CASE NUMBER: DC- *06-2552-03*

DEFENDANT: *R. R. Cooper*

| | | |
|---|---|---|
| Docket Fee: | $ 164.00 | |
| Law Library: | 2.00 | |
| Judicial Fee: | 3.00 | |
| Subpoena:_____ X | 8.00 | |
| CVF: | 25.00 | |
| WCU/DA | 105.40 | |
| WCU/CT | 97.00 | |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *87.21*

PAY:   COSTS:   $ *202⁰⁰*   BY _____

FINE:   $ _____   BY _____

RESTITUTION:   $ *87.21*   BY _____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL, CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:   MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141   EXT. 247**

## CHARGE AND FINE SHEET-----NWNI

CASE NUMBER: DC- *06 2552 04*

DEFENDANT: *R R Cooper*

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE:     _____

       FINE     _____

       OTHER     _____

RESTITUTION:     *77.51*

PAY:    COSTS:   $_____  BY_____

       FINE:   $_____  BY_____

    RESTITUTION:   $ *77.51*  BY_____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:  MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141    EXT. 247**

**CHARGE AND FINE SHEET-------NWNI**

CASE NUMBER: DC- *06-2552.05*

DEFENDANT: *R R Cooper*

| | |
|---|---:|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

        FINE _____

        OTHER _____

RESTITUTION: *67.55*

PAY:      COSTS:   $_____  BY_____

          FINE:    $_____  BY_____

      RESTITUTION:  $ *67.55* BY_____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL, CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:   MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141   EXT. 247**

**CHARGE AND FINE SHEET——NWNI**

CASE NUMBER: DC- *06-2552.06*

DEFENDANT: *R R Cooper*

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *79.87*

PAY:    COSTS:    $_____  BY_____

FINE:    $ _____  BY _____

RESTITUTION:    $ *79.87*  BY _____

**Corinne T. Hurst, Clerk**
**Room 104**
**Lee County Justice Center**
**23 11 Gateway Drive**
**Opelika, AL 36801-6847**

**NO PERSONAL, CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:   MONDAY-FRIDAY,  8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141    EXT. 247**

**CHARGE AND FINE SHEET——NWNI**

CASE NUMBER: DC- *06-2552.07*

DEFENDANT: *R R Cooper*

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena: _____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: *85.13*

PAY:      COSTS:     $_____ BY_____

          FINE:      $_____ BY_____

    RESTITUTION:     $ *85.13* BY_____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

**NO PERSONAL, CHECKS WILL BE ACCEPTED**
**OFFICE HOURS:   MONDAY-FRIDAY, 8:30AM TIL 4:30PM**
**PHONE NUMBER: 334-749-7141    EXT. 247**

CHARGE AND FINE SHEET——NWNI

CASE NUMBER: DC- D6-2552.08

DEFENDANT: R R. Cooper

| | |
|---|---|
| Docket Fee: | $ 164.00 |
| Law Library: | 2.00 |
| Judicial Fee: | 3.00 |
| Subpoena:_____ X | 8.00 |
| CVF: | 25.00 |
| WCU/DA | 105.40 |
| WCU/CT | 97.00 |

TOTAL COURT COST DUE: _____

FINE _____

OTHER _____

RESTITUTION: 102.34

PAY:    COSTS:    $_____ BY_____

FINE:    $_____ BY_____

RESTITUTION:    $102.34 BY_____

Corinne T. Hurst, Clerk
Room 104
Lee County Justice Center
23 11 Gateway Drive
Opelika, AL 36801-6847

NO PERSONAL, CHECKS WILL BE ACCEPTED
OFFICE HOURS:  MONDAY-FRIDAY, 8:30AM TIL 4:30PM
PHONE NUMBER: 334-749-7141   EXT. 247

Lee County Detention Center
# INMATE REQUEST SLIP

E-6
**LOCATION**

Name _Rodney R. Cooper_ Date _12-2-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

My fiancee put 25.00 on my books on the 25th of Nov. I haven't recieved a money slip and someone is holding my mail also, what action do I need to take to get this problem solved? Thank you!

<u>Do Not Write Below This Line</u> - For Reply Only

HAVE NOT RECEIVED A MONEY ORDER FOR YOU FOR $25.00 ALSO, NO ONE HERE AT THE DETENTION WILL HOLD YOUR MAIL.

Jail 4305
12-2-06

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

F-6

**LOCATION**

Name *Roxey Cooper*    Date *11-16-06*

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I went to Court on 11-15-06 for bad checks, Judge Nix and got that taken care of, but my only charge should be Theft 2nd. They say I have more bad checks and I already went to Court for this, Could you please straighten this matter for me, Thank

<u>Do Not Write Below This Line</u> - For Reply Only

you only have a $3,000.00 Bond on Theft II

Cpl Lyles

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

ee County Detention Center

# INMATE REQUEST SLIP

F-6
LOCATION

Name _Rodney Cooper_    Date _10-12-06_

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem    ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_I would like to let Angela Rowell get All of my personal property Including clothes money and All._
_Thank you_
_Rodney R. Cooper._

<u>Do Not Write Below This Line</u> - For Reply Only    10-26-06

ALL-

Cal

_Angela Rowell_    91 Lee Rd. 619
Auburn AL 36830

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

10/25/06

I Rodney Cooper Authorize

Angela Rowell to pick up

All of my property including

money.    Thank you,

*Rodney R. Cooper*

10/25/06.

F-6.

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Felony) | Case Number |
|---|---|---|
| Form C-81       11/91 | | |

IN THE _____ CIRCUIT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA       ☐ MUNICIPALITY OF _____

RODNEY RAPHEAL COOPER

v. _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of **THEFT OF PROPERTY II** _____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.

2.) Refrain from committing any criminal offense.

3.) **Not** depart from the state of Alabama without the leave of the Court having jurisdiction of this case.

4.) Promptly notify the Court of any change of address or phone number.

5.) Other conditions: _____

_____

_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: 10-4-06 _____

Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: 10-4-06 _____

Defendant

| State of Alabama Unified Judicial System | ORDER ON INITIAL APPEARANCE | Case Number |
|---|---|---|
| Form C-80    Rev. 8/2000 | | |

IN THE _____**CIRCUIT**_____ COURT OF _____**LEE COUNTY**_____, ALABAMA
*(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☒ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___**RODNEY RAPHEAL COOPER**___
                                                                                    **Defendant**

The above-named defendant, charged with the criminal offense(s) of ___**THEFT OF PROPERTY II**___
was duly brought before the Court for initial appearance on ___**OCTOBER 4, 2006**___, at ___**3:00**___ o'clock ___**P**___.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☒ 1. Name and address of defendant.
        ✓ (a) Ascertained the true name and address of the defendant to be; *543 Bryan Street Aub Ala*
        _____(b) Amended the formal charges to reflect defendant's true name.
        _____(c) Instructed the defendant to notify the Court promptly of any change of address.
☒ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.
☒ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
        Defendant ☒ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☒ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☒ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.
☒ 5. Bail
        _____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
        _____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
                _____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
                _____ 2.) Execution of a secured appearance bond in the amount of $ **3,000.00** _____.
                _____ 3.) Other conditions (specify) _____
                _____
                _____
☒ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
        an _____ (date) at _____ o'clock _____.m.
        _____ (a) Notified the District Court that such demand was made.
        _____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

| **10-4-06** | |
|---|---|
| Date | Judge/Magistrate |

Lee County Detention Center
# INMATE REQUEST SLIP

*E-6*
**LOCATION**

Name *Rodney Cooper*          Date *10-05-06*

☐ Telephone Call      ☐ Doctor          ☐ Dentist       ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem     ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*Could you take the money out*
*of my property and put it on*
*my books so I can make*
*store - call.*
*Thank you!*

<u>Do Not Write Below This Line</u> - For Reply Only

*APPRVED - FUNDS PLACED ON ACCOUNT*

*10-8-06*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

2. Oct 06 / 8275⁰⁰

Cooper, Rodney

Rodney R. Cooper

received 275 in civ suspense acct

returned JK 10-8-06

# State Board of Pardons and Paroles



### Atlanta, Georgia
# WARRANT
#### AND
## ORDER FOR ARREST

**To any Sheriff, Peace Officer, Special Agent, Officer authorized to serve Criminal Process, or to any other Officer duly authorized by law to make arrests within any State or within the United States of America, GREETINGS:**

It appearing to the Georgia State Board of Pardons and Paroles that

**Cooper, Rodney Raphael,** Serial No. EF-554002 an inmate of the Georgia Penal System, Conditionally Released the 22nd day of **September, 2005** and in the legal custody of the Georgia State Board of Pardons and Paroles, has violated the conditions of said release.

Now, by authority vested in this Board, it is ORDERED that the said

**Cooper, Rodney Raphael** be retaken and returned forthwith to actual custody within the nearest jail. We hereby require you to so retake and return said violator and for so doing this shall be your sufficient Warrant

**GIVEN UNDER THE HAND AND SEAL of the Georgia State Board of Pardons & Paroles, this the 31st day of July, 2006,**

STATE BOARD OF PARDONS AND PAROLES

Garland R. Hunt



Garland R. Hunt
Member

NOTICE: If apprehended, please notify  State Board of Pardons and Paroles
Fourth Floor, East Tower
Floyd Veterans Memorial Building,
2 Martin Luther King, Jr., Drive, S.E.
Atlanta, Georgia 30334-4909

SPECIAL NOTICE: As a parole violator this subject is not bondable under any circumstances.

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
(Form #7)

Date: _02 Oct 2006_     Time: _19:37_

I, _Rodney Cecpee_, have received copy

number _____ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _____          Inmate's Signature

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

[✓] Said inmate stated to me that he was able to read the Rules and Regulations.

[ ] Said inmate stated that he was not able to read the Rules and Regulations and I explained
the orientation rules to him.

Jailer's Signature

Date: _10/2/06_  Time: _19:37_



COOPER, RODNEY RAPHEAL.

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | Case Number |
|---|---|---|

IN THE _____ _District_ _____ COURT OF _____ _Lee_ _____, **ALABAMA**

(Circuit or District)                    (Name of County)

**STATE OF ALABAMA** v. _____

**Defendant**

I, _____ (Defendant), as principal,

and I (we), _____

(Please print)

_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _50.00_ and such costs as authorized by law unless the above-named defendant
appears before the district court of the county on _June 30 2006_ (date) at _9:00_ __.M. (time) (if date and time
are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from
time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury
and from session to session thereafter until discharged by law to answer to the charge of _MENACING_, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal
to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and
sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially
waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption
that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue
in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above
charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are
otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant _____ (L.S.) | | | | |
|---|---|---|---|---|
| Address (print) _543 Boykin St._ | City _Auburn_ | | State _Ala_ | Zip _36830_ |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | |
| Social Security Number | | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City    State    Zip | | Address (print) | City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | | | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | |
| Social Security Number | | Telephone Number | Social Security Number | Telephone Number |
| Address (print) | City    State    Zip | | Address (print) | City    State    Zip |

_____                    Approved by: Judge/Magistrate/Sheriff

Date                                         By: Deputy Sheriff

### Defendant's Information

| Date of Birth ▓▓▓▓▓▓ | Sex _M_ | Height _5'7"_ | Weight _186_ | Employer _Smitty's Firewo..._ |
|---|---|---|---|---|
| Social Security Number ▓▓▓▓▓▓ | Race _BLK_ | Hair _BLK_ | Eyes _BRN_ | Employer's Address _Opelika, Ala._ |
| Driver's License Number _N/A_ | State | Telephone Number ( ) ▓▓▓▓▓ | | Employer's Telephone Number _703-2032_ |

COURT RECORD: Original          DEFENDANT: Copy          SURETY: Copy

| State of Alabama<br>Unified Judicial System<br><br>Form CR-10    Rev. 8/98 | **CONSOLIDATED APPEARANCE BOND**<br>(District Court, Grand Jury, Circuit Court) | **Case Number** |

IN THE _____ COURT OF _____, ALABAMA
_(Circuit or District)_ _(Name of County)_

STATE OF ALABAMA v. _____
**Defendant**

I, _____ (Defendant), as principal,

and I (we), _____
_(Please print)_

_____, as surety(ies), agree
to pay the State of Alabama the sum of $ _____ and such costs as authorized by law unless the above-named defendant appears before the district court of the county on _____ (date) at _____ .M. (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a line may be placed in the space for time) and from time to time thereafter until discharged by law or at the next session of circuit court of the county; there to await the action by the grand jury and from session to session thereafter until discharged by law to answer to the charge of_____, or any other charge as authorized by law.

We hereby severally certify that we have property valued over and above all debts and liabilities that has a fair market value equal to or greater than the amount of the above bond, and we, and each of us, waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt by the constitution and laws of the State of Alabama, and we especially waive our rights to claim as exempt our wages or salary that we have under the laws of Alabama, and our rights to homestead exemption that we have under the Constitution of Alabama and the laws of the State of Alabama, as set out in a separate writing.

It is agreed and understood that this is a consolidated bond, eliminating the necessity for multiple bonds and that it shall continue in full force and effect, until the defendant appears before the district court or circuit court, whichever has jurisdiction, to answer the above charge, and from time to time thereafter until the defendant is discharged by law, or, until such time as the undersigned sureties are otherwise duly exonerated as provided by law.

Signed and sealed this date with notice that false statements are punishable as perjury.

| Signature of Defendant | | | | (L.S.) |
| Address (print) | City | | State | Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |
| Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) | Signature of Surety/Agent of Professional Surety or Bail Company (L.S.) |
| Social Security Number    Telephone Number | Social Security Number    Telephone Number |
| Address (print)    City    State    Zip | Address (print)    City    State    Zip |

Approved by: Judge/Magistrate/Sheriff

By: Deputy Sheriff

Date

| **Defendant's Information** | | | | | |
| Date of Birth | Sex | Height | Weight | Employer |
| Social Security Number | Race | Hair | Eyes | Employer's Address |
| Driver's License Number    State | Telephone Number | | Employer's Telephone Number |

COURT RECORD: Original          DEFENDANT: Copy          SURETY: Copy

## LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
(Form #7)

Date: 06/29/06                    Time: 14:40

I, Cooper, Rodney                    , have received copy

number _____ of the Rules and Regulations governing inmates in the Lee County Jail which

I am/am not (mark one out) able to read.  I understand that while in this institution I will abide

by these Rules and Regulations.

I will return the copy of the Rules and Regulations upon my release from jail.  I also

understand that I will be responsible for the loss or any damage of the Inmate Rules and

Regulations Handbook and will be charged $2 for its replacement.  I also understand that if I

fail to pay for the replacement of the lost or damaged handbook I will have additional criminal

charges filed against me for destruction of county property.

Years of School _____                    Inmate's Signature

_____ has today received copy number _____ of the Lee

County Sheriff's Department Rules and Regulations for Inmates.

[ ]    Said inmate stated to me that he was able to read the Rules and Regulations.

[ ]    Said inmate stated that he was not able to read the Rules and Regulations and I explained
the orientation rules to him.

Jailer's Signature

Date: 6/29/06  Time: 1440

OR. INT .............

I.D. NO. ............

WARRANT NO. ...........

**CHARGES:**

Theft III

15A-8-5

NAME Cooper Brian Michael

AL ESS 513 Parker St

Auburn AL 36830

SEX M    DOB ███████    RACE B

WT. 177    HT. 5-7 EYES Bro.    HAIR Blk

DATE ARREST 2-14-06    TIME 1511

PLACE Parker St.

ARRESTING OFFICER Creighton

EMPLOYMENT Smith's Farmco

DL NO. ███████    SS NO. ███████

RECEIPT NO.    CASH

BONDSMAN

ADDRESS

BONDSMAN

ADDRESS

PRISONERS PROPERTY:

**DOCKET NUMBER(S) AND FINE AND DAYS**

Court 46 ob

8 00 AM

I hereby acknowledge the listed property being taken from me at the time of my arrest

Signed

I hereby acknowledge receiving listed property at the time of my release

Signed

Signed Bond $

Pay-off for $

Complainant

OP. INIT. .............................    I.D. NO. ....................

NAME: Cooper, Rodney R.

ADDRESS: 543 Rankin St.

Anmia, AL 36830

SEX M    DOB    RACE B

WT. 183    HT. 501    EYES BRO    HAIR Blk

DATE ARREST 6/29/06    TIME 405

PLACE Lee Rd. Jail

ARRESTING OFFICER J. Crssey

____    Niles

EMPLOYMENT Newell Paint &

____    DL NO. AL    SS NO.

RECEIPT NO.    CASH

CHAPMASTER 1084-1-101-1297

**WARRANT NO.** ..........................
M-06-0003502

**CHARGES:**

Failure to Appear

RG - 10-40

**DOCKET NUMBER(S) AND FINE AND DAYS**

Court dale

July 13, 2006 @ 1:00 pm

Case Number 0003502

**BONDSMAN** _____

**ADDRESS** _____

**BONDSMAN** _____

**ADDRESS** _____

**BONDSMAN** _____

**ADDRESS** _____

**PRISONERS PROPERTY:**

I hereby acknowledge the listed property being taken from me at the time of my arrest.

Signed _____

I hereby acknowledge receiving listed property at the time of my release.

Signed _____

Signed Bond $ _____

Pay-off for $ _____

Complainant _____

OR. INIT . . . . . . . . . . .

I.D. NO. . . . . . . . . . . .

DOCKET NUMBER(S) AND FINE AND DAYS

WARRANT NO . . . . . . . . . . .

June 24, 2006    13.00

NAME Rodney Rophea Cooper

ADDRESS 500 Village Cir # 27

Auburn Al 36830

SEX M    DOB:        RACE B

WT. 173    HES 17    EYES Bro    HAIR BLK

DATE ARREST 5-24-06    TIME 14 15

PLACE A P D

ARRESTING OFFICER L T Walton

DL. NO. I            (AL) SS NO.

EMPLOYMENT

RECEIPT NO.            CASH

**CHARGES:**

Theft of Services

BONDSMAN

ADDRESS

BONDSMAN

ADDRESS

BONDSMAN

ADDRESS
PRISONERS PROPERTY:

I hereby acknowledge the listed property being taken from me at the time of my arrest

Signed

I hereby acknowledge receiving listed property at the time of my release

Signed

Signed Bond $

Pay-off for $

Complainant

```
10/02/2006    19:37:04        LEE COUNTY SHERIFF'S OFFICE        PAGE    1
                              INMATE BOOKING SHEET
================================================================================
BOOKING NO: 060004736
--------------------------------------------------------------------------------
  INMATE NAME: COOPER RODNEY RAPHEAL
        ALIAS:                                   RACE: B        SEX: M
        ALIAS:                                     HT: 5'07"   HAIR: BLK
      ADDRESS: 543 BOYKIN ST                       WT: 177     EYES: BRO
  CITY/ST/ZIP: AUBURN, AL 36830          COMPLEX:
   HOME PHONE: 334-                          SSN:
          DOB:                AGE:  36    DL ST: AL        DLN:
   PLCE BIRTH: TUSKEGEE                      SID:
        STATE: AL                         LOCID: 12074
    M. STATUS: SINGLE
     RELIGION: BAPTIST
  GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
      REMARKS: NONE
-------------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: LULA RICHMOND            RELATIONSHIP: MOTHER
      ADDRESS:                                 PHONE: 334-826-2343
  CITY/ST/ZIP: AUBURN, AL 36830
      REMARKS:
------------------------------- EMPLOYER INFO ----------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SMITTY'S FIREWOOD
      ADDRESS:
  CITY/ST/ZIP: OPELIKA, AL
        PHONE: 033-470-3232
--------------------------------- MEDICAL --------------------------------------
  HANDICAPPED: N   NEEDS: N
      GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS: N
    PHYSICIAN:                          PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
--------------------------------- PROPERTY -------------------------------------
         CASH:       $275.00
  DESCRIPTION: CURRENCY IN DROP BOX/$2.22 CHANGE
ADD. PROPERTY: STREET CLOTHES,1 CAP,1 WATCH(BRO IN COLOR),1 RING (GRY IN CO
ADD. PROPERTY: LOR,1 BELT,CELLPHONE,INK PEN,1 BELT
ADD. PROPERTY:
   BIN NUMBER: 216
VEH IMPOUNDED: N
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:X                      DATE:            TIME:
BOOK OFFICER:                 DATE:            TIME:
```

FORM DC-7

## LEE COUNTY DISTRICT COURT
### OUT-OF-COURT DISPOSITION

NAME _Rodney R. Cooper_ DATE _11·27·06_

CHARGE _Theft II_ CASE NO. _06·2222_

COURT DATE _____ FTA _____

### ACTION

____ Continue to _____ for _____

____ Pay fine of _____ and court costs of _____

____ Nol pross on motion of _____

____ Nol pross on payment of court costs

____ Submit money order or cashier's check for $ _____

payable to _____

____ Pay restitution of $ _____

### FTA

____ Pay fine of $_____ and court costs of $ _____

____ Withdraw writ, vacate FTA

____ Withdraw writ, nol pross FTA on payment of court costs

____ Withdraw writ, keep FTA and reset case on docket to _____

### OTHER

____ Pay by _____ Or be in Court _____

X   _Other order_ _Bond reduce $ 500.00_

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

**ORDER OF RELEASE
FROM JAIL**

Case Number

IN THE ___District___ COURT OF ___Lee___ COUNTY

STATE OF ALABAMA    v. ___Rodney Cooper___

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of ___NWNI___

Reason for Release ___Defendant given time to pay___

Date ___11-15-06___    ___MAN___    By:

COURT RECORD  (Original)    JAILER  (Copy)    Judge/Clerk

---

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

**ORDER OF RELEASE
FROM JAIL**

Case Number
DC 06-2552.00 -.08

IN THE ___District___ COURT OF ___Lee___ COUNTY

STATE OF ALABAMA    v. ___Rodney P. Cooper___

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of ___NWNI x 9___

Reason for Release ___Plead guilty___

Date ___5th February 2007___    By:

COURT RECORD  (Original)    JAILER  (Copy)    Judge/Clerk

```
                        LEE COUNTY SHERIFF'S OFFICE
10/02/2006    19:37:04      INMATE BOOKING SHEET              PAGE    1
====================================================================
BOOKING NO:  060004736
--------------------------------------------------------------------
INMATE NAME:  COOPER RODNEY RAPHEAL
       ALIAS:                              RACE: B        SEX: M
       ALIAS:                              HT: 5'07"  HAIR: BLK
     ADDRESS: 543 BOYKIN ST                WT: 177    EYES: BRO
 CITY/ST/ZIP: AUBURN, AL 36830             COMPLEX:
  HOME PHONE: 3████████████                SSN: ████████████
         DOB: ████████████  AGE:  36       DL ST: AL   DLN: ████████
  PLCE BIRTH: TUSKEGEE                      SID:
       STATE: AL                           LOCID: 12074
   M. STATUS: SINGLE
    RELIGION: BAPTIST
  GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NONE
     REMARKS: NONE
---------------------------- NEXT OF KIN ---------------------------
  NEXT OF KIN: LULA RICHMOND          RELATIONSHIP: MOTHER
      ADDRESS:                               PHONE: 334-826-2343
  CITY/ST/ZIP: AUBURN, AL 36830
```

FORM DC-7

**LEE COUNTY DISTRICT COURT**

**OUT-OF-COURT DISPOSITION**

NAME _Rodney R. Cooper_ DATE _11.29.06_

CHARGE _Theft II_ CASE NO. _06-2222_

COURT DATE _____ FTA _____

**ACTION**

Case Number

_DC 06-1843.00_
_a.01. 1843._
_2214.00 -.21_

COUNTY

Case Number

_DC 06-2552.00 -.08_

**ORDER OF RELEASE FROM JAIL**

State of Alabama
Unified Judicial System

Form C-42      Rev 6/88

_Lee_ COUNTY

IN THE _District_ COURT OF

STATE OF ALABAMA    v. _Rodney R. Cooper_

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

_Theft II_

Reason for Release _Plead guilty_

Date _5th February 2007_

By: _____

Judge/Clerk

COURT RECORD  (Original)    JAILER  (Copy)

```
                        LEE COUNTY SHERIFF'S OFFICE
10/02/2006    19:37:04   INMATE BOOKING SHEET              PAGE    2
==================================================================
BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL
==================================================================
```

```
        COURT:                    ATTORNEY ON REC:
        JUDGE:                         PHONE: 000-000-0000
      REMARKS:
      REMARKS:
------------------------------------------------------------------
   BOOK DATE: 10/02/2006  BOOK TIME: 19:32  BOOK TYPE: NORMAL

   ARREST DATE: 10/02/2006      BOOKING OFFICER: DOWDELL S
   ARREST DEPT: OPD             CELL ASSIGNMENT: HC3
ARRST OFFICER: GREETLY/ALLEN        MEAL CODE: 01   LEE COUNTY
PROJ. RLSDATE: 00/00/0000            FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: CPL.HILL           CLASSIFICATION:
 TYPE SEARCH: STRIP              WORK RELEASE: N
INTOX RESULTS: SOBER

        HOLDS: Y
        AGENCY:              REASON:  Start B. of C J Pardons
        AGENCY:              REASON:  and Parole J Springers
        AGENCY:              REASON:
        AGENCY:              REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                        LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25    INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL
================================================================================
```

CHARGE NO:    1  DISPOSITION: OPEN                    HOLD: N

```
ALA STATUTE: 13A-8-4                    # OF COUNTS:    1
    OFFENSE: SHOPLIFTING(THEFT OF PRO II)  WARRANT #:
     CASE #: 13A-8-4
    BOND AMT: 3000  1,000                    FINE:        $0.00
    BAIL AMT: 3000
 INIT APPEAR: 00/00/0000
 RELEASE DTE: 00/00/0000            SENTENCE DATE: 00/00/0000
 ARREST DATE: 10/02/2006
 ARST OFFICR: GREEN/ALLEN            ARST AGENCY: OPD
       COURT:                             COUNTY: LEE
                                            JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:    2  DISPOSITION: RELEASED            HOLD: N

```
ALA STATUTE: DC06-001843.00            # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: DC06-001843.00
    BOND AMT: 500                            FINE:        $0.00
    BAIL AMT: 500
 INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
 RELEASE DTE: 11/15/2006
 ARREST DATE: 10/02/2006            ARST AGENCY: LCSO
 ARST OFFICR: LT.PITTS                    COUNTY: LEE
       COURT: DISTRICT                       JUDGE: BUSH
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: ORD RLSE NIX
   COMMENTS:
   COMMENTS:
```

*Order Release* ▄ 11-15-06

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:    3  DISPOSITION: RELEASED            HOLD: N

```
ALA STATUTE: DC2006-0001843.01         # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: DC2006-0001843.01
    BOND AMT: 500                            FINE:        $0.00
    BAIL AMT: 500
 INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
 RELEASE DTE: 11/15/2006
 ARREST DATE: 10/02/2006            ARST AGENCY: LCSO
 ARST OFFICR: LT.PITTS                    COUNTY: LEE
       COURT: DISTRICT                       JUDGE: BUSH
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS: ORD RLSE
   COMMENTS:
   COMMENTS:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE COUNTY SHERIFF'S OFFICE
11/28/2006   12:57:25          INMATE CHARGE SHEET                    PAGE    4
===============================================================================
BOOKING NO: 060004736      INMATE NAME: COOPER RODNEY RAPHEAL
===============================================================================
     CHARGE NO:   4  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-001249.00          # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001249.00
   BOND AMT: 1000                              FINE:        $0.00
   BAIL AMT: 1000
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 11/15/2006
ARREST DATE: 10/02/2006             ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS                    COUNTY: LEE
      COURT: DISTR                        JUDGE: BUSH
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS: QRD
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
    CHARGE NO:   5  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-0001250.00         # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-00001250.00
   BOND AMT: 1700                              FINE:        $0.00
   BAIL AMT: 1700
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006             ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS                    COUNTY: LEE
      COURT: DISTRICT                     JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------
    CHARGE NO:   6  DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-001210.00          # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001210.00
   BOND AMT: 1100                              FINE:        $0.00
   BAIL AMT: 1100
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006             ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS                    COUNTY: LEE
      COURT: DISTRICT                     JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------------------------

LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25    INMATE CHARGE SHEET    PAGE    5
=================================================================
BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================

CHARGE NO:    7   DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WR2006-001209.00    # OF COUNTS:    1
    OFFENSE: NWNI    WARRANT #:
    CASE #: WR2006-001209.00
    BOND AMT: 1900    FINE:    $0.00
    BAIL AMT: 1900
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS    COUNTY: LEE
    COURT: DISRICT    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------

CHARGE NO:    8   DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WC060002895    # OF COUNTS:    1
    OFFENSE: NWNI    WARRANT #:
    CASE #: WC060002895
    BOND AMT: 1,400.00    FINE:    $0.00
    BAIL AMT: 1,400.00
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS    COUNTY: LEE
    COURT: DISITRICT    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------

CHARGE NO:    9   DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WC06002638    # OF COUNTS:    1
    OFFENSE: NWNI    WARRANT #:
    CASE #: WC06002638
    BOND AMT: 750    FINE:    $0.00
    BAIL AMT: 750
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS    COUNTY: LEE
    COURT:    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------

```
                              LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25         INMATE CHARGE SHEET                    PAGE    6
===========================================================================
BOOKING NO: 060004736      INMATE NAME: COOPER RODNEY RAPHEAL
===========================================================================
  CHARGE NO:  10  DISPOSITION: RELEASED           HOLD: N
---------------------------------------------------------------------------
ALA STATUTE: WC06002896              # OF COUNTS:    1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WC06002896
   BOND AMT: 1,100.00                    FINE:       $0.00
   BAIL AMT: 1,100.00
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006             ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS                    COUNTY: LEE
     COURT: DISTRICT                      JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  11  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: WR2006-001416.00        # OF COUNTS:    1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001416.00
   BOND AMT: 250                         FINE:       $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/02/2006             ARST AGENCY: LCSO
ARST OFFICR: LT.PITTS                    COUNTY: LEE
     COURT: DISTIRCT                      JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  12  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: WR2006-001417           # OF COUNTS:    1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001417
   BOND AMT: 250                         FINE:       $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                             COUNTY:
     COURT:                               JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
11/28/2006    12:57:25        LEE COUNTY SHERIFF'S OFFICE              PAGE    7
                              INMATE CHARGE SHEET
============================================================================
BOOKING NO: 060004736      INMATE NAME: COOPER RODNEY RAPHEAL
============================================================================
```

---

CHARGE NO: 13  DISPOSITION: RELEASED              HOLD: N

```
ALA STATUTE: WR2006-001418.00        # OF COUNTS:    1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001418.00
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
 INIT APPEAR: 00/00/0000
 RELEASE DTE: 00/00/0000          SENTENCE DATE: 00/00/0000
 ARREST DATE: 00/00/0000
 ARST OFFICR:                          ARST AGENCY:
       COURT:                              COUNTY:
                                            JUDGE:
 DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO: 14  DISPOSITION: RELEASED              HOLD: N

```
ALA STATUTE: WR2006-001235.00        # OF COUNTS:    1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001235.00
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
 INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 00/00/0000
 ARST OFFICR:                          ARST AGENCY:
       COURT:                              COUNTY:
                                            JUDGE:
 DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO: 15  DISPOSITION: RELEASED              HOLD: N

```
ALA STATUTE: WC06001882              # OF COUNTS:    0
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WC06001882
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
 INIT APPEAR: 00/00/0000
 RELEASE DTE: 00/00/0000          SENTENCE DATE: 00/00/0000
 ARREST DATE: 00/00/0000
 ARST OFFICR:                          ARST AGENCY:
       COURT:                              COUNTY:
                                            JUDGE:
 DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25    INMATE CHARGE SHEET    PAGE    8
================================================================
BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL
================================================================

| CHARGE NO:    16    DISPOSITION: RELEASED | HOLD: N |

ALA STATUTE: WC060002087
OFFENSE: NWNI
CASE #: WC06002087
BOND AMT: 250
BAIL AMT: 250
INIT APPEAR: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000
ARST OFFICR:
COURT:
DEF ATTORNY:
COMMENTS:
COMMENTS:
COMMENTS:

\# OF COUNTS:    1
WARRANT #:
FINE:    $0.00
SENTENCE DATE: 00/00/0000
ARST AGENCY:
COUNTY:
JUDGE:
DIST ATTORNEY:

-------------------------------------------------------------

CHARGE NO:    17    DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WC06002128
OFFENSE: NWNI
CASE #: WC06002128
BOND AMT: 250
BAIL AMT: 250
INIT APPEAR: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000
ARST OFFICR:
COURT:
DEF ATTORNY:
COMMENTS:
COMMENTS:
COMMENTS:

\# OF COUNTS:    1
WARRANT #:
FINE:    $0.00
SENTENCE DATE: 00/00/0000
ARST AGENCY:
COUNTY:
JUDGE:
DIST ATTORNEY:

-------------------------------------------------------------

CHARGE NO:    18    DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WC06002466
OFFENSE: NWNI
CASE #: WC06002466
BOND AMT: 250
BAIL AMT: 250
INIT APPEAR: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000
ARST OFFICR:
COURT:
DEF ATTORNY:
COMMENTS:
COMMENTS:
COMMENTS:

\# OF COUNTS:    1
WARRANT #:
FINE:    $0.00
SENTENCE DATE: 00/00/0000
ARST AGENCY:
COUNTY:
JUDGE:
DIST ATTORNEY:

-------------------------------------------------------------

11/28/2006    12:57:25                LEE COUNTY SHERIFF'S OFFICE                    PAGE     9
                                       INMATE CHARGE SHEET
====================================================================================
BOOKING NO: 060004736        INMATE NAME: COOPER RODNEY RAPHEAL
====================================================================================

CHARGE NO:   19  DISPOSITION: RELEASED            HOLD: N
_____

ALA STATUTE: WC06002467              # OF COUNTS:    1
    OFFENSE: NWNI                    WARRANT #:
     CASE #: WC06002467
   BOND AMT: 250                         FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000            ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:   20  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WC06002468              # OF COUNTS:    1
    OFFENSE: NWNI                    WARRANT #:
     CASE #: WC06002468
   BOND AMT: 250                         FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000            ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:   21  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WC06002857              # OF COUNTS:    1
    OFFENSE: NWNI                    WARRANT #:
     CASE #: WC06002857
   BOND AMT: 250                         FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000            ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Exhibit A, Part 2**
**Inmate File of Rodney Raphael Cooper**

```
                        LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25      INMATE CHARGE SHEET                PAGE   10
===================================================================
BOOKING NO: 060004736     INMATE NAME: COOPER RODNEY RAPHEAL
===================================================================
   CHARGE NO:  22  DISPOSITION: RELEASED          HOLD: N
```

```
ALA STATUTE: WC06002856                # OF COUNTS:   1
   OFFENSE: NWNI                       WARRANT #:
      CASE #: WC06002856
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                                COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```
---
```
   CHARGE NO:  23  DISPOSITION: RELEASED          HOLD: N
```

```
ALA STATUTE: WR2006-001262.00          # OF COUNTS:   1
   OFFENSE: NWNI                       WARRANT #:
      CASE #: WR2006-001262.00
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                                COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```
---
```
   CHARGE NO:  24  DISPOSITION: RELEASED          HOLD: N
```

```
ALA STATUTE: WR2006-001261.00          # OF COUNTS:   1
   OFFENSE: NWNI                       WARRANT #:
      CASE #: WR2006-001261.00
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                                COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```
---

```
                              LEE COUNTY SHERIFF'S OFFICE
11/28/2006      12:57:25         INMATE CHARGE SHEET                    PAGE    11
=================================================================================
BOOKING NO: 060004736      INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================================
```

---

```
   CHARGE NO:   25  DISPOSITION: RELEASED           HOLD: N
```

```
ALA STATUTE: WR2006-001260.00        # OF COUNTS:   1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001260.00
   BOND AMT: 250                        FINE:         $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

---

```
   CHARGE NO:   26  DISPOSITION: RELEASED           HOLD: N
```

```
ALA STATUTE: WR2006-001259.00        # OF COUNTS:   0
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001259.00
   BOND AMT: 250                        FINE:         $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

---

```
   CHARGE NO:   27  DISPOSITION: RELEASED           HOLD: N
```

```
ALA STATUTE: WR2006-001258.00        # OF COUNTS:   1
    OFFENSE: NWNI                     WARRANT #:
     CASE #: WR2006-001258.00
   BOND AMT: 250                        FINE:         $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

---

LEE COUNTY SHERIFF'S OFFICE
INMATE CHARGE SHEET

11/28/2006     12:57:25                                        PAGE     12

===============================================================================

BOOKING NO: 060004736     INMATE NAME: COOPER RODNEY RAPHEAL

===============================================================================

CHARGE NO:    28  DISPOSITION: RELEASED          HOLD: N

```
ALA STATUTE: WR2006-001257.00              # OF COUNTS:    1
   OFFENSE: NWNI                          WARRANT #:
    CASE #: WR2006-001257.00
  BOND AMT: 250                              FINE:        $0.00
  BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                  ARST AGENCY:
ARST OFFICR:                                 COUNTY:
      COURT:                                  JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

-------------------------------------------------------------------------------

CHARGE NO:    29  DISPOSITION: RELEASED          HOLD: N

```
ALA STATUTE: WR2006-001299.00              # OF COUNTS:    1
   OFFENSE: NWNI                          WARRANT #:
    CASE #: WR2006-001299.00
  BOND AMT: 250                              FINE:        $0.00
  BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                  ARST AGENCY:
ARST OFFICR:                                 COUNTY:
      COURT:                                  JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

-------------------------------------------------------------------------------

CHARGE NO:    30  DISPOSITION: RELEASED          HOLD: N

```
ALA STATUTE: WR2006-001298.00              # OF COUNTS:    0
   OFFENSE: NWNI                          WARRANT #:
    CASE #: WR2006-001298.00
  BOND AMT: 250                              FINE:        $0.00
  BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                  ARST AGENCY:
ARST OFFICR:                                 COUNTY:
      COURT:                                  JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

-------------------------------------------------------------------------------

LEE COUNTY SHERIFF'S OFFICE
11/28/2006     12:57:25      INMATE CHARGE SHEET                    PAGE    13

================================================================
BOOKING NO: 060004736     INMATE NAME: COOPER RODNEY RAPHEAL
================================================================

CHARGE NO:  31   DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-001128.00          # OF COUNTS:   1
   OFFENSE: NWNI                        WARRANT #:
    CASE #: WR2006-001128.00
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------

CHARGE NO:  32   DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-001129.00          # OF COUNTS:   1
   OFFENSE: NWNI                        WARRANT #:
    CASE #: WR2006-001129.00
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------

CHARGE NO:  33   DISPOSITION: RELEASED          HOLD: N

ALA STATUTE: WR2006-001136.00          # OF COUNTS:   1
   OFFENSE: NWNI                        WARRANT #:
    CASE #: WR2006-001136.00
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000             ARST AGENCY:
ARST OFFICR:                            COUNTY:
      COURT:                             JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-------------------------------------------------------------

LEE COUNTY SHERIFF'S OFFICE

11/28/2006    12:57:25    INMATE CHARGE SHEET    PAGE    14

BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL

CHARGE NO:  34  DISPOSITION: RELEASED    HOLD: N

```
ALA STATUTE: WR2006-001072.00          # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001072.00
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                              COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

CHARGE NO:  35  DISPOSITION: RELEASED    HOLD: N

```
ALA STATUTE: WR2006-001070.00          # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001070.00
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                              COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

CHARGE NO:  36  DISPOSITION: RELEASED    HOLD: N

```
ALA STATUTE: WR2006-001127.00          # OF COUNTS:    0
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001127.00
   BOND AMT: 250                          FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000                 ARST AGENCY:
ARST OFFICR:                              COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                          DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```

```
                          LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25        INMATE CHARGE SHEET                PAGE    15
=============================================================================
BOOKING NO: 060004736     INMATE NAME: COOPER RODNEY RAPHEAL
=============================================================================
CHARGE NO:  37  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: WR2006-001075.00          # OF COUNTS:    0
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001075.00
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-----------------------------------------------------------------------------
CHARGE NO:  38  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: WR2006-001074.00          # OF COUNTS:    0
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001074.00
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-----------------------------------------------------------------------------
CHARGE NO:  39  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: WR2006-001073.00          # OF COUNTS:    0
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001073.00
   BOND AMT: 250                            FINE:       $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-----------------------------------------------------------------------------
```

```
11/28/2006    12:57:25         LEE COUNTY SHERIFF'S OFFICE
                               INMATE CHARGE SHEET                      PAGE    16
===============================================================================
BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL
===============================================================================
    CHARGE NO:   40  DISPOSITION: RELEASED              HOLD: N
-------------------------------------------------------------------------------
ALA STATUTE: WR2006-001077.00          # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001077.00
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000
RELEASE DTE: 00/00/0000            SENTENCE DATE: 00/00/0000
ARREST DATE: 10/02/2006
ARST OFFICR: LT.PITTS                ARST AGENCY: LCSO
       COURT: DIST                        COUNTY: LEE
DEF ATTORNY:                               JUDGE:
  COMMENTS:                        DIST ATTORNEY:
  COMMENTS:
  COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHARGE NO:   41  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: WR2006-001135.00          # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001135
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                              COUNTY:
       COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
  COMMENTS:
  COMMENTS:
  COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    CHARGE NO:   42  DISPOSITION: RELEASED              HOLD: N

ALA STATUTE: WR2006-001076.00          # OF COUNTS:    0
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR2006-001076.00
   BOND AMT: 250                            FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                              COUNTY:
       COURT:                              JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
  COMMENTS:
  COMMENTS:
  COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

LEE COUNTY SHERIFF'S OFFICE
INMATE CHARGE SHEET

11/28/2006    12:57:25                                           PAGE    17

BOOKING NO: 060004736        INMATE NAME: COOPER RODNEY RAPHEAL

CHARGE NO:   43  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WR2006-001133.00          # OF COUNTS:    1
    OFFENSE: NWNI                         WARRANT #:
     CASE #: WR2006-001133.00
    BOND AMT: 250                              FINE:      $0.00
    BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:

CHARGE NO:   44  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WR2006-001134.00          # OF COUNTS:    1
    OFFENSE: NWNI                         WARRANT #:
     CASE #: WR2006-001134.00
    BOND AMT: 250                              FINE:      $0.00
    BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:

CHARGE NO:   45  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WR2006-001132.00          # OF COUNTS:    1
    OFFENSE: NWNI                         WARRANT #:
     CASE #: WR2006-001132.00
    BOND AMT: 250                              FINE:      $0.00
    BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000              ARST AGENCY:
ARST OFFICR:                             COUNTY:
      COURT:                               JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:

LEE COUNTY SHERIFF'S OFFICE
INMATE CHARGE SHEET

11/28/2006   12:57:25                                                    PAGE    18

BOOKING NO: 060004736        INMATE NAME: COOPER RODNEY RAPHE AL

CHARGE NO:  46  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WR2006-001131              # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001131.00
   BOND AMT: 250                              FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000               ARST AGENCY:
ARST OFFICR:                               COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:  47  DISPOSITION: RELEASED            HOLD: N

ALA STATUTE: WR2006-001130.00           # OF COUNTS:    0
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR2006-001130.00
   BOND AMT: 250                              FINE:        $0.00
   BAIL AMT: 250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000               ARST AGENCY:
ARST OFFICR:                               COUNTY:
      COURT:                                 JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:  48  DISPOSITION: OPEN                HOLD: N

ALA STATUTE: WR 06 1609                 # OF COUNTS:    1
   OFFENSE: NWNI                        WARRANT #:
     CASE #: WR 06 1609
   BOND AMT: $250                             FINE:        $0.00
   BAIL AMT: $250
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006               ARST AGENCY: LCSO
ARST OFFICR: LT. WELCH                     COUNTY: LEE
      COURT:                                 JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE COUNTY SHERIFF'S OFFICE
11/28/2006    12:57:25    INMATE CHARGE SHEET    PAGE    19

BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL

CHARGE NO:    49    DISPOSITION: OPEN    HOLD: N

ALA STATUTE: WR 06 1608    # OF COUNTS:    1
OFFENSE: NWNI    WARRANT #:
CASE #: WR 06 1608
BOND AMT: $250    FINE:    $0.00
BAIL AMT: $250
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.WELCH    COUNTY: LEE
COURT:    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:    50    DISPOSITION: OPEN    HOLD: N

ALA STATUTE: WR 06 1607    # OF COUNTS:    1
OFFENSE: NWNI    WARRANT #:
CASE #: WR 06 1607
BOND AMT: $250    FINE:    $0.00
BAIL AMT: $250
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.WELCH    COUNTY: LEE
COURT:    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHARGE NO:    51    DISPOSITION: OPEN    HOLD: N

ALA STATUTE: WR 06 1610    # OF COUNTS:    1
OFFENSE: NWNI    WARRANT #:
CASE #: WR 06 1610
BOND AMT: $250    FINE:    $0.00
BAIL AMT: $250
INIT APPEAR: 00/00/0000    SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006    ARST AGENCY: LCSO
ARST OFFICR: LT.WELCH    COUNTY: LEE
COURT:    JUDGE:
DEF ATTORNY:    DIST ATTORNEY:
COMMENTS:
COMMENTS:
COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEE COUNTY SHERIFF'S OFFICE
INMATE CHARGE SHEET                           PAGE    20

11/28/2006    12:57:25

========================================================================

BOOKING NO: 060004736    INMATE NAME: COOPER RODNEY RAPHEAL

========================================================================

CHARGE NO:  52  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: WR 06 1404                # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR 06 1404
    BOND AMT: $250                        FINE:        $0.00
    BAIL AMT: $250
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006           ARST AGENCY: LCSO
ARST OFFICR: LT WELCH                  COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------
CHARGE NO:  53  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: WR 06 1480                # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR 06 1480
    BOND AMT: $750                        FINE:        $0.00
    BAIL AMT: $750
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006           ARST AGENCY: LCSO
ARST OFFICR: LT. WELCH                 COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------
CHARGE NO:  54  DISPOSITION: OPEN            HOLD: N

ALA STATUTE: WR 06 1479                # OF COUNTS:    1
    OFFENSE: NWNI                       WARRANT #:
     CASE #: WR 06 1479
    BOND AMT: $1,000                      FINE:        $0.00
    BAIL AMT: $1,000
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 11/28/2006           ARST AGENCY: LCSO
ARST OFFICR: LT. WELCH                 COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------

added 12-1-06
wr06-1702    NWNI    250
wr06-1703    NWNI    250

LEE COUNTY SHERIFF'S OFFICE
10/02/2006      19:37:04      MEDICAL SCREENING FORM                      PAGE 1
========================================================================
Booking No: 060004736   Date: 10/02/2006   Time: 19:32   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL
------------------------------------------------------------------------
Inmate Name: COOPER RODNEY RAPHEAL                  Race: B      Sex: M
       DOB: ▓▓▓▓▓ Age: 36  SSN: ▓▓▓▓▓▓▓  Height: 5'07"  Weight: 177
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_N_   1.  Is inmate unconscious?

_N_   2.  Does inmate have any visible signs of trauma, illness, obvious pain
          and bleeding, requiring immediate emergency or doctor's care?

_N_   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
          evidence of infection that might spread through the facility?

_N_   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_   5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_   6.  Any visible signs of alcohol or drug withdrawal?

_N_   7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_   8.  Is inmate carrying any medication?

_N_   9.  Does the inmate have any physical deformities?

_N_  10.  Does inmate appear to have psychiatric problems?

     11.  Do you have or have you ever had or has anyone in your family
          ever had any of the following?

  _N_  a. Allergies    _N_  f. Fainting Spells   _N_  k. Seizures

  _N_  b. Arthritis    _N_  g. Hearing Condition _N_  l. Tuberculosis

  _N_  c. Asthma       _N_  h. Hepatitis         _N_  m. Ulcers

  _N_  d. Diabetes     _N_  i. High Blood Pressure _N_ n. Venereal Disease

  _N_  e. Epilepsy     _N_  j. Psychiatric Disorder _N_ o. Other (Specify)


Other:  _____

        _____

        _____


  12.  For females only:

       _____  a. Are you pregnant?

       _____  b. Do you take birth control pills?

       _____  c. Have you recently delivered?

LEE COUNTY SHERIFF'S OFFICE

10/02/2006     19:37:04     MEDICAL SCREENING FORM                    PAGE 2
=================================================================================
Booking No: 060004736  Date: 10/02/2006  Time: 19:32  Type: NORMAL
Agency to Bill: LEE COUNTY                   Facility: COUNTY JAIL
---------------------------------------------------------------------------------
Inmate Name: COOPER RODNEY RAPHEAL                   Race: B         Sex: M
     DOB: ██████████  Age:  36  SSN: ██████████  Height: 5'07"  Weight: 177
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_N_   13.  Have you recently been hospitalized or treated by a doctor?

_N_   14.  Do you currently take any non-prescription medication or medication
           prescribed by a doctor?

_N_   15.  Are you allergic to any medication?

_N_   16.  Do you have any handicaps or conditions that limit activity?

_N_   17.  Have you ever attempted suicide or are you thinking about it now?

_N_   18.  Do you regularly use alcohol or street drugs?

_N_   19.  Do you have any problems when you stop drinking or using drugs?

_N_   20.  Do you have a special diet prescribed by a physician?

_N_   21.  Do you have any problems or pain with your teeth?

_N_   22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____


I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____     DATE: _10/2/06_    TIME: _19:37_

BOOK OFFICER: _____     DATE: _____  TIME: _____

LEE COUNTY SHERIFF'S OFFICE
07/03/2006    12:33:30    INMATE RELEASE SHEET    PAGE    1
=================================================================================
BOOKING NO: 060003170
---------------------------------------------------------------------------------

INMATE NAME: COOPER RODNEY RAPHEAL

```
        ALIAS:                              RACE: B        SEX: M
        ALIAS:                              HT: 5'07"  HAIR: BLK
      ADDRESS: 543 BOYKIN ST                WT: 177   EYES: BRO
  CITY/ST/ZIP: AUBURN, AL 36830      COMPLEX:
   HOME PHONE: ██████████8                SSN: ██████████
         DOB: ██████████0   AGE:  35      DL ST: AL    DLN: █████
   PLCE BIRTH: TUSKEGEE                     SID:
        STATE: AL                         LOCID: 12074
    M. STATUS: SINGLE
     RELIGION: BAPTIST
   GANG ASSOC: NONE
 SCARS/TATTOOS: NONE
 KNOWN ENEMIES: NA
      REMARKS:
```
---------------------------- NEXT OF KIN ----------------------------------------
```
   NEXT OF KIN: LULA RICHMOND           RELATIONSHIP: MOTHER
      ADDRESS:                                PHONE: 334-826-2343
  CITY/ST/ZIP: AUBURN, AL 36830
      REMARKS:
```
--------------------------- EMPLOYER INFO ---------------------------------------
```
     EMPLOYED: Y
 EMPLOYER NAME: SMITTY'S FIREWOOD
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 033-470-3232
```
----------------------------- MEDICAL -------------------------------------------
```
  HANDICAPPED: N   NEEDS: N
      GLASSES: N   SMOKE: N
 MEDICAL NEEDS: N   NEEDS:
    PHYSICIAN:                        PHONE: 000-000-0000·
      REMARKS:

      REMARKS:
      REMARKS:
```
----------------------------- PROPERTY ------------------------------------------
```
         CASH:        $03.00
  DESCRIPTION:
 ADD. PROPERTY: NEWPORT CIGARETTES,1 WATCH,1 BANKBOOK,1LIGHTER,1WALLET
 ADD. PROPERTY:
 ADD. PROPERTY:
   BIN NUMBER: 254
 VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
```
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____

LEE COUNTY SHERIFF'S OFFICE
07/03/2006    12:33:30    INMATE CHARGE SHEET    PAGE    3
=================================================================
BOOKING NO: 060003170    INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================

CHARGE NO:   1  DISPOSITION: RELEASED    HOLD: N
---

ALA STATUTE: 13A-10-40         # OF COUNTS:   1
    OFFENSE: FAILURE TO APPEAR    WARRANT #: MC-06-0063902
      CASE #:
    BOND AMT: $500 CASHBOND         FINE:    $0.00
    BAIL AMT: $500 CASHBOND
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/03/2006
ARREST DATE: 06/29/2006         ARST AGENCY: APD
ARST OFFICR: GASSER                  COUNTY: LEE
      COURT: AUBURN                   JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY L43D32
---------------------------------------------------------------
CHARGE NO:   2  DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WR 06-847         # OF COUNTS:   1
    OFFENSE: NWNI                 WARRANT #:
      CASE #:
    BOND AMT: 250                    FINE:    $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/03/2006
ARREST DATE: 00/00/0000         ARST AGENCY:
ARST OFFICR: DOWDELL                 COUNTY: LEE
      COURT: DISTRICT                 JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS: INMATE RELEASED BY L43D32
---------------------------------------------------------------
CHARGE NO:   3  DISPOSITION: RELEASED    HOLD: N

ALA STATUTE: WR06-855          # OF COUNTS:   1
    OFFENSE: NWNI                 WARRANT #:
      CASE #:
    BOND AMT: 250                    FINE:    $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 07/03/2006
ARREST DATE: 07/03/2006         ARST AGENCY: LCSO
ARST OFFICR: DOWDELL                 COUNTY: LEE
      COURT: DISTRICT                 JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS: COURT DATE AUG 30,2006 LCSO
    COMMENTS: INMATE RELEASED BY L43D32
---------------------------------------------------------------

```
07/03/2006     12:33:30          LEE COUNTY SHERIFF'S OFFICE                    PAGE      2
                                 INMATE RELEASE SHEET
================================================================================
BOOKING NO: 060003170     INMATE NAME: COOPER RODNEY RAPHEAL
================================================================================
       COURT: AUBURN                    ATTORNEY ON REC:
       JUDGE:                                 PHONE: 000-000-0000
     REMARKS:
     REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 06/29/2006   BOOK TIME: 14:33   BOOK TYPE: NORMAL

  ARREST DATE: 06/29/2006              BOOKING OFFICER: TUCKER
  ARREST DEPT: APD                     CELL ASSIGNMENT:
 ARRST OFFICER: GASSER                      MEAL CODE: 05   AUBURN PD
 PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: TUCKER                   CLASSIFICATION:
  TYPE SEARCH: PAT/STRIP                  WORK RELEASE: N
INTOX RESULTS:

       HOLDS: N
      AGENCY:                    REASON:
      AGENCY:                    REASON:
      AGENCY:                    REASON:
      AGENCY:                    REASON:

       NOTES:
       NOTES:
       NOTES:
================================================================================
  RELEASE DATE: 07/03/2006   RELEASE TIME: 12:30    # DAYS SERVED:     5

RELEASE OFFICER: COBB
   RELEASE TYPE: COURT ORDERED
        REMARKS: BONDED BY OWN RECOGN
        REMARKS: CLEARED BY LEANNE
        REMARKS: COURT DATE AUG 30,2006 0900HRS
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____DATE:_____    TIME:_____

BOOK OFFICER:_____ DATE:_____    TIME:_____
```

LEE COUNTY SHERIFF'S OFFICE
06/29/2006    14:40:17    INMATE BOOKING SHEET    PAGE    1
================================================================
BOOKING NO: 060003170
================================================================

INMATE NAME: COOPER RODNEY RAPHEAL                RACE: B        SEX: M
    ALIAS:                                        HT: 5'07"  HAIR: BLK
    ALIAS:                                        WT: 177    EYES: BRO
    ADDRESS: 543 BOYKIN ST
CITY/ST/ZIP: AUBURN, AL 36830                     COMPLEX:
 HOME PHONE: 3█████████                           SSN: 4██████7
        DOB: (██████████) AGE:  35                DL ST: AL      DLN: █████
 PLCE BIRTH: TUSKEGEE                             SID:
      STATE: AL                                   LOCID: 12074
  M. STATUS: SINGLE
   RELIGION: BAPTIST
GANG ASSOC: NONE                                        2NCIC's
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NA      NCIC NOT Clear   Leann   250⁰⁰ BA's LCSO
    REMARKS:
-------------------------- NEXT OF KIN --------------------------
 NEXT OF KIN: LULA RICHMOND            RELATIONSHIP: MOTHER
    ADDRESS:                                PHONE: 334-826-2343
CITY/ST/ZIP: AUBURN, AL 36830

State of Alabama
Unified Judicial System            ORDER OF RELEASE          Case Number
                                    FROM JAIL
Form C-22    Rev 5/85

IN THE __City of Auburn__ COURT OF __Lee,__ _____ COUNTY
STATE OF ALABAMA  v. __Rodney Rapheal Cooper__

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____
                                    F7A
Reason for Release _____ Pd Fine Amount _____

Date ____7-3-06____      __Willie Goodman__      By: _____
     COURT RECORD (Criminal)   JAILER (Copy)   Judge/Clerk

ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 254
VEH IMPOUNDED:
 IMPOUND LOT:
    REMARKS:
    REMARKS:
================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE X _____      DATE: _____    TIME: _____

BOOK OFFICER: __Tucker 430__    DATE: _____    TIME: _____

LEE COUNTY SHERIFF'S OFFICE
06/29/2006   14:40:17   MEDICAL SCREENING FORM   PAGE 2

======================================================================

Booking No: 060003170   Date: 06/29/2006   Time: 14:33   Type: NORMAL
Agency to Bill: AUBURN PD                    Facility: COUNTY JAIL

----------------------------------------------------------------------

Inmate Name: COOPER RODNEY RAPHEAL                 Race: B          Sex: M
       DOB: ██████████   Age: 35   SSN: ██████████   Height: 5'07"   Weight: 177

----------------------------------------------------------------------

**NO** 13. Have you recently been hospitalized or treated by a doctor?

**NO** 14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

**NO** 15. Are you allergic to any medication?

**NO** 16. Do you have any handicaps or conditions that limit activity?

**NO** 17. Have you ever attempted suicide or are you thinking about it now?

**NO** 18. Do you regularly use alcohol or street drugs?

**NO** 19. Do you have any problems when you stop drinking or using drugs?

**NO** 20. Do you have a special diet prescribed by a physician?

**NO** 21. Do you have any problems or pain with your teeth?

**NO** 22. Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____   DATE: _____   TIME: _____

BOOK OFFICER: ___Ofc. Tucker 4300___   DATE: _____   TIME: _____

LEE COUNTY SHERIFF'S OFFICE
06/29/2006    14:40:17    MEDICAL SCREENING FORM    PAGE 1
=====================================================================
Booking No: 060003170  Date: 06/29/2006  Time: 14:33   Type: NORMAL
Agency to Bill: AUBURN PD                Facility: COUNTY JAIL
---------------------------------------------------------------------
Inmate Name: COOPER RODNEY RAPHEAL                  Race: B      Sex: M
    DOB: ~~██████~~  Age: 35  SSN: ~~████████~~  Height: 5'07"  Weight: 177
---------------------------------------------------------------------

**NO**    1.  Is inmate unconscious?

**NO**    2.  Does inmate have any visible signs of trauma, illness, obvious pain
              and bleeding, requiring immediate emergency or doctor's care?

**NO**    3.  Is there obvious fever, swollen lymph nodes, jaundice or other
              evidence of infection that might spread through the facility?

**NO**    4.  Any signs of poor skin condition, vermin, rashes or needle marks?

**NO**    5.  Does inmate appear to be under the influence of drugs or alcohol?

**NO**    6.  Any visible signs of alcohol or drug withdrawal?

**NO**    7.  Does inmate's behavior suggest the risk of suicide or assault?

**NO**    8.  Is inmate carrying any medication?

**NO**    9.  Does the inmate have any physical deformities?

**NO**   10.  Does inmate appear to have psychiatric problems?

         11.  Do you have or have you ever had or has anyone in your family
              ever had any of the following?

**NO** a. Allergies      **NO** f. Fainting Spells    **NO** k. Seizures

**NO** b. Arthritis      **NO** g. Hearing Condition  **NO** l. Tuberculosis

**NO** c. Asthma         **NO** h. Hepatitis          **NO** m. Ulcers

**NO** d. Diabetes       **NO** i. High Blood Pressure **NO** n. Venereal Disease

**NO** e. Epilepsy       **NO** j. Psychiatric Disorder **NO** o. Other (Specify)


Other:  _____

        _____

        _____


        12.  For females only:

        _____ a. Are you pregnant?

        _____ b. Do you take birth control pills?

        _____ c. Have you recently delivered?

```
                           LEE COUNTY SHERIFF'S OFFICE
06/29/2006     14:40:17       INMATE BOOKING SHEET                PAGE    2
=============================================================================
BOOKING NO: 060003170    INMATE NAME: COOPER RODNEY RAPHEAL
=============================================================================
        COURT: AUBURN              ATTORNEY ON REC:
        JUDGE:                         PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-----------------------------------------------------------------------------
     BOOK DATE: 06/29/2006  BOOK TIME: 14:33  BOOK TYPE: NORMAL

   ARREST DATE: 06/29/2006          BOOKING OFFICER: TUCKER
   ARREST DEPT: APD                 CELL ASSIGNMENT: HC3
 ARRST OFFICER: GASSER                   MEAL CODE: 05   AUBURN PD
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: TUCKER              CLASSIFICATION:
   TYPE SEARCH: PAT/STRIP            WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:
        AGENCY:               REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
07/03/2006      12:29:52          LEE COUNTY SHERIFF'S OFFICE              PAGE    3
                                  INMATE CHARGE SHEET
==========================================================================================
BOOKING NO: 060003170        INMATE NAME: COOPER RODNEY RAPHEAL
==========================================================================================
  CHARGE NO:    3   DISPOSITION: OPEN              HOLD: N
------------------------------------------------------------------------------------------
ALA STATUTE: WR06-855             # OF COUNTS:   1
    OFFENSE: NWNI                 WARRANT #:
      CASE #:
   BOND AMT: 250                        FINE:        $0.00
   BAIL AMT:
INIT APPEAR:                      SENTENCE DATE:
RELEASE DTE:
ARREST DATE: 07/03/2006          ARST AGENCY: LCSO
ARST OFFICR: DOWDELL                  COUNTY: LEE
      COURT: DISTRICT                  JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS: COURT DATE AUG 30,2006 LCSO
   COMMENTS:
------------------------------------------------------------------------------------------
OFFENSE TYPE:     -
LEGAL STATUS:     -
       NOTES:
       NOTES:
       NOTES:

              Bonded Out:                    Preliminary Hearing:
 Waived/Bound Over to GJ:                              Indicted:
              Arraigned:                           Guilty Plea:
     Plea on Information:                        Guilty Verdict:
     Not Guilty Verdict:                              Dismissed:
            Bond Revoked:                      Bond Reinstated:
       Awaiting Probation:                    Probation Revoked:
    Probation Reinstated:                  Court Ordered Rehab:
      Returned from Rehab:                        Sent to D.O.C.:
```

```
                        LEE COUNTY SHERIFF'S OFFICE
07/03/2006    12:29:52      INMATE CHARGE SHEET                PAGE    2
========================================================================
BOOKING NO: 060003170     INMATE NAME: COOPER RODNEY RAPHEAL
========================================================================
    CHARGE NO:   2  DISPOSITION: OPEN            HOLD: N
------------------------------------------------------------------------
ALA STATUTE: WR 06-847           # OF COUNTS:    1
    OFFENSE: NWNI                WARRANT #:
     CASE #:
    BOND AMT: 250                    FINE:        $0.00
    BAIL AMT:
 INIT APPEAR:                   SENTENCE DATE:
 RELEASE DTE:
ARREST DATE:                     ARST AGENCY:
ARST OFFICR: DOWDELL                  COUNTY: LEE
       COURT: DISTRICT                 JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------------
OFFENSE TYPE:    -
LEGAL STATUS:    -
       NOTES:
       NOTES:
       NOTES:

            Bonded Out:                 Preliminary Hearing:
 Waived/Bound Over to GJ:                         Indicted:
              Arraigned:                       Guilty Plea:
     Plea on Information:                    Guilty Verdict:
       Not Guilty Verdict:                       Dismissed:
            Bond Revoked:                 Bond Reinstated:
       Awaiting Probation:               Probation Revoked:
     Probation Reinstated:              Court Ordered Rehab:
       Returned from Rehab:                    Sent to D.O.C.:
```

```
06/29/2006      14:40:17      LEE COUNTY SHERIFF'S OFFICE              PAGE    3
                              INMATE CHARGE SHEET
================================================================================
BOOKING NO: 060003170    INMATE NAME: COOPER RODNEY RAPHEAL
================================================================================
CHARGE NO:   1   DISPOSITION: OPEN                 HOLD: N
--------------------------------------------------------------------------------
ALA STATUTE: 13A-10-40              # OF COUNTS:   1
    OFFENSE: FAILURE TO APPEAR        WARRANT #: MC-06-0063902
     CASE #:
   BOND AMT: $500 CASHBOND                    FINE:       $0.00
   BAIL AMT: $500 CASHBOND
 INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/29/2006           ARST AGENCY: APD
 ARST OFFICR: GASSER                    COUNTY: LEE
       COURT: AUBURN                     JUDGE:
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

LEE COUNTY SHERIFF'S OFFICE
INMATE RELEASE SHEET

05/24/2006      16:47:35                                    PAGE      1

=====================================================================
BOOKING NO: 060002547
=====================================================================

INMATE NAME: COOPER RODNEY RAPHEAL                RACE: B      SEX: M
         ALIAS:                                   HT: 5'07"  HAIR: BLK
         ALIAS:                                   WT: 177    EYES: BRO
       ADDRESS: 543 BOYKIN ST              COMPLEX:
    CITY/ST/ZIP: AUBURN, AL 36830              SSN: ████████
    HOME PHONE: 3██████████                  DL ST: AL     DLN: ████████
           DOB: ██████████  AGE: 35            SID:
    PLCE BIRTH: TUSKEGEE                     LOCID: 12074
         STATE: AL
     M. STATUS: SINGLE
      RELIGION: BAPTIST
    GANG ASSOC: NONE
  SCARS/TATTOOS: NONE
  KNOWN ENEMIES: NA
       REMARKS:
------------------------------- NEXT OF KIN ------------------------------
    NEXT OF KIN: LULA RICHMOND             RELATIONSHIP: MOTHER
        ADDRESS:                                  PHONE: 334-826-2343
    CITY/ST/ZIP: AUBURN, AL 36830
        REMARKS:
------------------------------ EMPLOYER INFO -----------------------------
      EMPLOYED: Y
  EMPLOYER NAME: SMITTY'S FIREWOOD
        ADDRESS:
    CITY/ST/ZIP: ,
          PHONE: 033-470-3232
--------------------------------- MEDICAL --------------------------------
   HANDICAPPED: N   NEEDS: N
       GLASSES: N   SMOKE: N
  MEDICAL NEEDS: N   NEEDS:
      PHYSICIAN:                        PHONE: 000-000-0000
        REMARKS:

        REMARKS:
        REMARKS:
-------------------------------- PROPERTY --------------------------------
          CASH:        $79.00
    DESCRIPTION:
  ADD. PROPERTY: WALLET, LIGHTER, WATCH, BELT, CIGS, HAT, 1.62 CHANGE
  ADD. PROPERTY:
  ADD. PROPERTY:
     BIN NUMBER: 272
  VEH IMPOUNDED:
    IMPOUND LOT:
        REMARKS:
        REMARKS:
=====================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: 5-24-06  TIME: 4:00

BOOK OFFICER: _L Ingram_____  DATE: _____  TIME: _____

```
                        LEE COUNTY SHERIFF'S OFFICE
05/24/2006   16:47:35      INMATE RELEASE SHEET              PAGE    2
================================================================
BOOKING NO: 060002547   INMATE NAME: COOPER RODNEY RAPHEAL
================================================================
       COURT:                    ATTORNEY ON REC:
       JUDGE:                     PHONE: 000-000-0000
     REMARKS:
     REMARKS:
----------------------------------------------------------------
    BOOK DATE: 05/24/2006  BOOK TIME: 15:35  BOOK TYPE: NORMAL

  ARREST DATE: 05/24/2006          BOOKING OFFICER: BLACK
  ARREST DEPT: APD                 CELL ASSIGNMENT:
ARRST OFFICER: WALTON                    MEAL CODE: 05   AUBURN PD
PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
SEARCH OFFCR: SIMMS               CLASSIFICATION:
  TYPE SEARCH:                      WORK RELEASE: N
INTOX RESULTS:

        HOLDS: N
       AGENCY:             REASON:
       AGENCY:             REASON:
       AGENCY:             REASON:
       AGENCY:             REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================
  RELEASE DATE: 05/24/2006  RELEASE TIME: 16:47   # DAYS SERVED:    1

RELEASE OFFICER: INGRAM
  RELEASE TYPE: WARDS BONDING
       REMARKS: CT DATE 6-21-2006
       REMARKS: NCIC CLEAR DEANA
       REMARKS:
================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____
```

```
05/24/2006    16:47:35        LEE COUNTY SHERIFF'S OFFICE              PAGE    3
                              INMATE CHARGE SHEET
================================================================================
BOOKING NO: 060002547    INMATE NAME: COOPER RODNEY RAPHEAL
================================================================================
  CHARGE NO:   1   DISPOSITION: RELEASED          HOLD: N
--------------------------------------------------------------------------------
ALA STATUTE:                         # OF COUNTS:   1
    OFFENSE: TOP III                  WARRANT #:
      CASE #:
  BOND AMT: 500                             FINE:       $0.00
  BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 05/24/2006
ARREST DATE: 05/24/2006              ARST AGENCY: APD
ARST OFFICR: COOPER                      COUNTY:
      COURT: 06-21-06 0800                JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: INMATE RELEASED BY L43D35
-------------------------------------------------------------------------------
```

```
05/24/2006    15:38:58        INMATE BOOKING SHEET              PAGE      1
===============================================================================
BOOKING NO: 060002547
```

```
INMATE NAME: COOPER RODNEY RAPHEAL
      ALIAS:                                    RACE: B       SEX: M
      ALIAS:                                    HT: 5'07"  HAIR: BLK
    ADDRESS: 543 BOYKIN ST                      WT: 177    EYES: BRO
CITY/ST/ZIP: AUBURN, AL 36830               COMPLEX:
 HOME PHONE:                                    SSN: ███████████
       DOB: ███████████  AGE:  35           DL ST: AL     DLN: ████████
 PLCE BIRTH: TUSKEGEE                          SID:
      STATE: AL                             LOCID: 12074
  M. STATUS: SINGLE
   RELIGION: BAPTIST
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NA
    REMARKS:
----------------------------- NEXT OF KIN ------------------------------------
  NEXT OF KIN: LULA RICHMOND          RELATIONSHIP: MOTHER
     ADDRESS:                                PHONE: 334-826-2343
 CITY/ST/ZIP: AUBURN, AL 36830
     REMARKS:
---------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: SMITTY'S FIREWOOD
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 033-470-3232
------------------------------- MEDICAL --------------------------------------
 HANDICAPPED: N   NEEDS: N
    GLASSES: N   SMOKE: N
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                      PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY -------------------------------------
        CASH:      $79.00
 DESCRIPTION:
ADD. PROPERTY: WALLET, LIGHTER, WATCH, BELT, CIGS, HAT, 1.62 CHANGE
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: 272
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: 5/24     TIME: 1542
```

```
05/24/2006    15:38:58        LEE COUNTY SHERIFF'S OFFICE                    PAGE    2
                              INMATE BOOKING SHEET
===============================================================================
BOOKING NO: 060002547         INMATE NAME: COOPER RODNEY RAPHEAL
===============================================================================
         COURT:                         ATTORNEY ON REC:
         JUDGE:                              PHONE: 000-000-0000
      REMARKS:
      REMARKS:
-------------------------------------------------------------------------------
      BOOK DATE: 05/24/2006   BOOK TIME: 15:35   BOOK TYPE: NORMAL

    ARREST DATE: 05/24/2006          BOOKING OFFICER: BLACK
    ARREST DEPT: APD                 CELL ASSIGNMENT: HC3
  ARRST OFFICER: WALTON                    MEAL CODE: 05   AUBURN PD
  PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: SIMMS               CLASSIFICATION:
   TYPE SEARCH:                       WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:
         AGENCY:              REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
05/24/2006    15:38:58       LEE COUNTY SHERIFF'S OFFICE          PAGE    3
                             INMATE CHARGE SHEET
==============================================================================
BOOKING NO: 060002547       INMATE NAME: COOPER RODNEY RAPHEAL
==============================================================================
  CHARGE NO:   1  DISPOSITION: OPEN                HOLD: N
------------------------------------------------------------------------------

ALA STATUTE:                        # OF COUNTS:   1
    OFFENSE: TOP III                 WARRANT #:
      CASE #:
   BOND AMT: 500                          FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/24/2006             ARST AGENCY: APD
ARST OFFICR: COOPER                      COUNTY:
      COURT: 06-21-06 0800                JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
```

05/24/2006    15:38:58    MEDICAL SCREENING FORM    PAGE 1
==============================================================================
Booking No: 060002547   Date: 05/24/2006   Time: 15:35   Type: NORMAL
Agency to Bill: AUBURN PD              Facility: COUNTY JAIL
------------------------------------------------------------------------------
Inmate Name: COOPER RODNEY RAPHEAL              Race: B        Sex: M
    DOB: ▓▓▓▓▓▓▓▓ Age: 35  SSN: 4▓▓▓▓▓▓▓7  Height: 5'07"  Weight: 177
------------------------------------------------------------------------------

_____  1.  Is inmate unconscious?

_____  2.  Does inmate have any visible signs of trauma, illness, obvious pain
             and bleeding, requiring immediate emergency or doctor's care?

_____  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
             evidence of infection that might spread through the facility?

_____  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____  5.  Does inmate appear to be under the influence of drugs or alcohol?

_____  6.  Any visible signs of alcohol or drug withdrawal?

_____  7.  Does inmate's behavior suggest the risk of suicide or assault?

_____  8.  Is inmate carrying any medication?

_____  9.  Does the inmate have any physical deformities?

_____ 10.  Does inmate appear to have psychiatric problems?

        11.  Do you have or have you ever had or has anyone in your family
             ever had any of the following?

_____ a. Allergies      _____ f. Fainting Spells      _____ k. Seizures

_____ b. Arthritis      _____ g. Hearing Condition     _____ l. Tuberculosis

_____ c. Asthma         _____ h. Hepatitis             _____ m. Ulcers

_____ d. Diabetes       _____ i. High Blood Pressure   _____ n. Venereal Disease

_____ e. Epilepsy       _____ j. Psychiatric Disorder  _____ o. Other (Specify)


Other:   _____

         _____

         _____


        12.  For females only:

             _____ a. Are you pregnant?

             _____ b. Do you take birth control pills?

             _____ c. Have you recently delivered?

05/24/2006    15:38:58    LEE COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM                         PAGE 2

===========================================================================
Booking No: 060002547  Date: 05/24/2006  Time: 15:35  Type: NORMAL
Agency to Bill: AUBURN PD              Facility: COUNTY JAIL
---------------------------------------------------------------------------
Inmate Name:  COOPER RODNEY RAPHEAL                Race: B        Sex: M
    DOB: ███████  Age: 35  SSN: ████████  Height: 5'07"  Weight: 177

13. Have you recently been hospitalized or treated by a doctor?

14. Do you currently take any non-prescription medication or medication prescribed by a doctor?

15. Are you allergic to any medication?

16. Do you have any handicaps or conditions that limit activity?

17. Have you ever attempted suicide or are you thinking about it now?

18. Do you regularly use alcohol or street drugs?

19. Do you have any problems when you stop drinking or using drugs?

20. Do you have a special diet prescribed by a physician?

21. Do you have any problems or pain with your teeth?

22. Do you have any other medical problems we should know about?

_____ *no medical problems* _____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____

```
2/14/2006    16:59:01              INMATE RELEASE SHEET
==========================================================================
```

BOOKING NO: 060000808
--------------------------------------------------------------------------

```
INMATE NAME:  COOPER RODNEY RAPHEAL               RACE: B      SEX: M
     ALIAS:                                       HT: 5'07"  HAIR: BLK
     ALIAS:                                       WT: 177    EYES: BRO
   ADDRESS: 543 BOYKIN ST                     COMPLEX:
CITY/ST/ZIP: AUBURN, AL 36830                     SSN: ████████7
HOME PHONE: ████████43                         DL ST: AL      DLN: ████
        DOB: ██████70  AGE:  35                   SID:
 PLCE BIRTH: TUSKEGEE                           LOCID: 12074
      STATE: AL
  M. STATUS: SINGLE
   RELIGION: BAPTIST
 GANG ASSOC: NONE
SCARS/TATTOOS: NONE
KNOWN ENEMIES: NA
    REMARKS:
------------------------- NEXT OF KIN --------------------------------
                                    RELATIONSHIP: MOTHER
 NEXT OF KIN: LULA RICHMOND                PHONE: 334-826-2343
     ADDRESS:
 CITY/ST/ZIP: AUBURN, AL 36830
     REMARKS:
------------------------ EMPLOYER INFO -------------------------------
    EMPLOYED: Y
EMPLOYER NAME: SMITTY'S FIREWOOD
     ADDRESS:
 CITY/ST/ZIP: ,
       PHONE: 033-470-3232
------------------------------ MEDICAL --------------------------------
 HANDICAPPED: N   NEEDS: N
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                            PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------ PROPERTY -------------------------------
        CASH:      $00.11
 DESCRIPTION:
ADD. PROPERTY: 1 WALLET W/CONTENTS,1 LIGHTER,1 KEY,1 WATCH,1 NECKLACE,
ADD. PROPERTY: 1 BELT,1 PACK OF CIGARETTES,LISTERINE STRIPS & BRO. HAT
ADD. PROPERTY:
  BIN NUMBER:
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
==========================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____  DATE: _____ TIME: _____

BOOK OFFICER: _____ DATE: _____ TIME: _____
```

LEE COUNTY SHERIFF'S OFFICE
PAGE 2

2/14/2006    16:59:01          INMATE RELEASE SHEET
=================================================================
BOOKING NO: 060000808          INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================
          COURT:                      ATTORNEY ON REC:
          JUDGE:                              PHONE: 000-000-0000
       REMARKS:
       REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     BOOK DATE: 02/14/2006   BOOK TIME: 15:44   BOOK TYPE: NORMAL

   ARREST DATE: 02/14/2006            BOOKING OFFICER: J.CHAMBERS
   ARREST DEPT: APD                   CELL ASSIGNMENT:
 ARRST OFFICER: CRIEGHTON                 MEAL CODE: 05   AUBURN PD
 PROJ. RLSDATE: 00/00/0000                 FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: SCROGGINS           CLASSIFICATION:
   TYPE SEARCH: PAT                  WORK RELEASE: N
 INTOX RESULTS: SOBER

         HOLDS: N
        AGENCY:                    REASON:
        AGENCY:                    REASON:
        AGENCY:                    REASON:
        AGENCY:                    REASON:

         NOTES:
         NOTES:
         NOTES:
=================================================================
   RELEASE DATE: 02/14/2006   RELEASE TIME: 16:58   # DAYS SERVED:   1

RELEASE OFFICER: J.CHAMBERS
    RELEASE TYPE: BONDED BY WARD'S BONDING
        REMARKS: NCIC CLEARED BY SHERIKA
        REMARKS: COURT DATE 4-6-06@0800
        REMARKS: RECIEVED ALL PROPERTY
=================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:_____  DATE:_____   TIME:_____

BOOK OFFICER:_____  DATE:_____   TIME:_____

```
 2/14/2006   16:59:01          LEE COUNTY SHERIFF OFFICE          PAGE     3
                                INMATE CHARGE SHEET
=========================================================================
 BOOKING NO: 060000808         INMATE NAME: COOPER RODNEY RAPHEAL
=========================================================================
  CHARGE NO:   1  DISPOSITION: RELEASED              HOLD: N
-------------------------------------------------------------------------

 ALA STATUTE: 013A-08-0005 (MIS - C)      # OF COUNTS:    1
     OFFENSE: THEFT OF PROPERTY 3RD        WARRANT #:
       CASE #:
     BOND AMT: 500.00                         FINE:        $0.00
     BAIL AMT: 500.00
  INIT APPEAR: 00/00/0000               SENTENCE DATE: 00/00/0000
  RELEASE DTE: 02/14/2006
  ARREST DATE: 02/14/2006                ARST AGENCY: APD
  ARST OFFICR: CRIEGHTON                     COUNTY: LEE
        COURT:                                JUDGE:
  DEF ATTORNY:                         DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS: INMATE RELEASED BY L43D26
-------------------------------------------------------------------------
```

```
02/14/2006    15:52:05           INMATE BOOKING SHEET                        PAGE      1
```
===============================================================================
```
BOOKING NO: 060000808
```

INMATE NAME: COOPER RODNEY RAPHEAL

```
         ALIAS:                                    RACE: B      SEX: M
         ALIAS:                                    HT: 5'07"  HAIR: BLK
       ADDRESS: 543 BOYKIN ST                      WT: 177    EYES: BRO
   CITY/ST/ZIP: AUBURN, AL 36830              COMPLEX:
    HOME PHONE:                                     SSN:
           DOB:          0   AGE:  35          DL ST: AL      DLN:
    PLCE BIRTH: TUSKEGEE                           SID:
         STATE: AL                               LOCID: 12074
     M. STATUS: SINGLE
      RELIGION: BAPTIST
    GANG ASSOC: NONE
  SCARS/TATTOOS: NONE
 KNOWN ENEMIES: NA
       REMARKS:
```
-------------------------------- NEXT OF KIN ----------------------------------
```
   NEXT OF KIN: LULA RICHMOND              RELATIONSHIP: MOTHER
       ADDRESS:                                   PHONE: 334-826-2343
   CITY/ST/ZIP: AUBURN, AL 36830
       REMARKS:
```
------------------------------- EMPLOYER INFO ---------------------------------
```
      EMPLOYED: Y
 EMPLOYER NAME: SMITTY'S FIREWOOD
       ADDRESS:
   CITY/ST/ZIP: ,
         PHONE: 033-470-3232
```
---------------------------------- MEDICAL ------------------------------------
```
    HANDICAPPED: N  NEEDS: N
        GLASSES: N  SMOKE: N
  MEDICAL NEEDS: N  NEEDS:
      PHYSICIAN:                          PHONE: 000-000-0000
        REMARKS:

        REMARKS:
        REMARKS:
```
--------------------------------- PROPERTY ------------------------------------
```
          CASH:      $00.11
   DESCRIPTION:
  ADD. PROPERTY: 1 WALLET W/CONTENTS,1 LIGHTER,1 KEY,1 WATCH,1 NECKLACE,
  ADD. PROPERTY: 1 BELT,1 PACK OF CIGARETTES,LISTERINE STRIPS & BRO. HAT
  ADD. PROPERTY:
    BIN NUMBER:
  VEH IMPOUNDED:
    IMPOUND LOT:
        REMARKS:
        REMARKS:
```
===============================================================================
```
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE X _____  DATE: _____  TIME: _____

BOOK OFFICER: _____  DATE: _____  TIME: _____
```

```
02/14/2006    15:52:05           INMATE BOOKING SHEET                  PAGE    2
=================================================================================
BOOKING NO: 060000808      INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================================
       COURT:                      ATTORNEY ON REC:
       JUDGE:                          PHONE: 000-000-0000
     REMARKS:
     REMARKS:
---------------------------------------------------------------------------------
    BOOK DATE: 02/14/2006  BOOK TIME: 15:44  BOOK TYPE: NORMAL

   ARREST DATE: 02/14/2006        BOOKING OFFICER: J.CHAMBERS
   ARREST DEPT: APD               CELL ASSIGNMENT: HC3
 ARRST OFFICER: CRIEGHTON               MEAL CODE: 05   AUBURN PD
 PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: SCROGGINS           CLASSIFICATION:
   TYPE SEARCH: PAT                   WORK RELEASE: N
 INTOX RESULTS: SOBER

         HOLDS: N
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:
        AGENCY:              REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
02/14/2006   15:52:05        LEE COUNTY SHERIFF'S OFFICE            PAGE    3
                             INMATE CHARGE SHEET
=================================================================================
BOOKING NO: 060000808        INMATE NAME: COOPER RODNEY RAPHEAL
=================================================================================
  CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N
---------------------------------------------------------------------------------
ALA STATUTE: 013A-08-0005 (MIS - C)     # OF COUNTS:     1
    OFFENSE: THEFT OF PROPERTY 3RD        WARRANT #:
     CASE #:
    BOND AMT: 500.00                          FINE:       $0.00
    BAIL AMT: 500.00
 INIT APPEAR: 00/00/0000
 RELEASE DTE: 00/00/0000             SENTENCE DATE: 00/00/0000
 ARREST DATE: 02/14/2006
 ARST OFFICR: CRIEGHTON               ARST AGENCY: APD
       COURT:                             COUNTY: LEE
 DEF ATTORNY:                              JUDGE:
    COMMENTS:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
-----------------------------------------------------------------------------
```

02/14/2006  15:52:05  BR COUNTY SHERIFF'S OFFICE
MEDICAL SCREENING FORM  PAGE 1

========================================================================

Booking No: 060000808  Date: 02/14/2006  Time: 15:44  Type: NORMAL
Agency to Bill: AUBURN PD  Facility: COUNTY JAIL

------------------------------------------------------------------------

Inmate Name: COOPER RODNEY RAPHEAL  Race: B  Sex: M
DOB: ███████  Age: 35  SSN: ████████  Height: 5'07"  Weight: 177

------------------------------------------------------------------------

N  1.  Is inmate unconscious?

N  2.  Does inmate have any visible signs of trauma, illness, obvious pain
       and bleeding, requiring immediate emergency or doctor's care?

N  3.  Is there obvious fever, swollen lymph nodes, jaundice or other
       evidence of infection that might spread through the facility?

N  4.  Any signs of poor skin condition, vermin, rashes or needle marks?

N  5.  Does inmate appear to be under the influence of drugs or alcohol?

N  6.  Any visible signs of alcohol or drug withdrawal?

N  7.  Does inmate's behavior suggest the risk of suicide or assault?

N  8.  Is inmate carrying any medication?

N  9.  Does the inmate have any physical deformities?

N  10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family
    ever had any of the following?

N  a. Allergies     N  f. Fainting Spells   N  k. Seizures

N  b. Arthritis     N  g. Hearing Condition N  l. Tuberculosis

N  c. Asthma        N  h. Hepatitis         N  m. Ulcers

N  d. Diabetes      N  i. High Blood Pressure N n. Venereal Disease

N  e. Epilepsy      N  j. Psychiatric Disorder N o. Other (Specify)

Other: _____

_____

_____

12. For females only:

N/A  a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                         ___ COUNTY SHERIFF'S OFFICE
02/14/2006    15:52:05   MEDICAL SCREENING FORM
                                                                    PAGE 2
==============================================================================
Booking No: 060000808  Date: 02/14/2006  Time: 15:44  Type: NORMAL
Agency to Bill: AUBURN PD                 Facility: COUNTY JAIL
```

---

```
Inmate Name: COOPER RODNEY RAPHEAL                  Race: B           Sex: M
     DOB: ███████      Age: 35  SSN: ███████    Height: 5'07"  Weight: 177
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*N*    13.   Have you recently been hospitalized or treated by a doctor?

*N*    14.   Do you currently take any non-prescription medication or medication
               prescribed by a doctor?

*N*    15.   Are you allergic to any medication?

*N*    16.   Do you have any handicaps or conditions that limit activity?

*N*    17.   Have you ever attempted suicide or are you thinking about it now?

*N*    18.   Do you regularly use alcohol or street drugs?

*N*    19.   Do you have any problems when you stop drinking or using drugs?

*N*    20.   Do you have a special diet prescribed by a physician?

*N*    21.   Do you have any problems or pain with your teeth?

_____ 22.   Do you have any other medical problems we should know about?

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____ DATE: _____ TIME: _____

BOOK OFFICER: _____ DATE: _____ TIME: _____

**Exhibit B**
**Affidavit of Corey Welch**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| RODNEY RAPHAEL COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | Civil Action No. 3:06-cv-1125-MHT-SRW |
| | ) | |
| JAY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF COREY WELCH

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF LEE | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Corey Welch, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Corey Welch.  I am over the age of nineteen and competent to execute this affidavit.

2.      I am employed by the Lee County Sheriff's Office and assigned to serve as a corrections officer at the Lee County Detention Center.  I have worked as a correctional officer for over ten years, having obtained the rank of Lieutenant in November 2004.  I am both a graduate of the Police Academy and the Alabama Jail Management School.  Half of Lee County Detention Center staff is assigned to the red team and half is assigned to the blue team.  I am the red team supervisor.  I am in charge of work-release inmates and am the SPORT team administrator. Lt. Roberson and I are the highest ranking jail officials under Major Torbert and Sheriff Jones.

3.     I am familiar with the Plaintiff Rodney Raphael Cooper, due to his incarceration

in the Lee County Detention Center. The Plaintiff was a pretrial detainee at all times relevant

to the allegations made the basis of the Plaintiff's Complaint.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a

manner as to deprive the Plaintiff of any right to which he was entitled.

5.     It is the policy of the Lee County Sheriff's Office that members of the Detention

Center staff receive and answer any written grievances or requests made by inmates to the Sheriff,

chief deputy sheriff, or Detention Center personnel.

6.     Inmates housed in the Lee County Detention Center are furnished with Inmate

Request Forms for the purpose of stating their requests or grievances in writing. Detention Center

personnel are charged with the responsibility of receiving and forwarding these forms to the proper

authority at any time they are offered a completed form by an inmate. The officer receiving the

request form is to answer the request if possible. If that officer is unable to answer the request, he is

to forward it to the appropriate individual and/or up the chain of command until the request is

answered. If the request form is directed to a particular officer, the officer receiving the request will

forward the request to the officer to whom the request is directed. If the officer to whom the request

is directed is not on duty that day, the request will be addressed on that officer's next scheduled

working day.

7.     Internal grievance procedures at the Lee County Detention Center are available

to all inmates. It is the policy of the Lee County Sheriff's Office that inmates are permitted to

submit grievances and that each grievance will be acted upon.

8.     All inmates are provided access to a Lee County Detention Center Inmate

Handbook. All inmates are provided a copy of the Lee County Detention Center Inmate

2

Handbook when they are booked into the jail. Plaintiff signed a receipt showing that he had received a copy of the handbook and could read it. The inmate handbook states that an inmate may report a grievance on an inmate request form. Grievances are first answered by the appropriate staff at the lowest level in the chain of command. The inmate handbook also states that if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the sheriff, who will make the final decision.

9.    I have never received a grievance or request form from the Plaintiff concerning any of the allegations made the basis of his Complaint. Per Lee County Sheriff's Office policy, an inmate has the opportunity to appeal any grievance to me if he were not satisfied with the response at the lower levels in the chain of command. The Plaintiff has not appealed any grievance to me. Accordingly, the Plaintiff has failed to exhaust his administrative remedies at the Lee County Detention Center.

10.    It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community, which will ensure their physical and emotional well-being.

11.    Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.

12.    No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

3

13.    Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

14.    Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

15.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Facility to request health care services at any time.

16.    Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

      a.    <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

      b.    <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

17.    Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

18.    When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

19.    Medical requests of an emergency nature are to be handled immediately.

20.    Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process.

4

21.    The Detention Facility nurses, under the direction of the Detention Facility Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility.

22.    When an inmate requests to see a dentist, the inmate is first examined by the jail physician in order to ensure that the inmate does not suffer from an emergency medical condition and to ensure that the inmate most likely does have a dental problem. If the inmate's request is not of an emergency nature, the inmate is placed on the list to by seen by a dentist. A local dentist sees 10 inmates from the Lee County Detention Center a week. Inmates are seen in the order that their name appears on the list.

23.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official. Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

24.    All inmates are required to pay a $10.00 fee for non-emergency treatment and a $3.00 fee for prescription medication. Inmates are never denied emergency medical treatment or treatment to a life-threatening injury. Inmates will not be denied necessary medical treatment because of lack of funds or for any other reason. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

25.    Per the policy of the Lee County Sheriff's Office, the nonmedical staff always defer to the instructions of the trained medical professionals on all medical issues.

5

26.    The heating system for the Lee County Detention center maintains a temperature between 68 and 70 degrees Fahrenheit in all inmate cells. Increasing this temperature increases the opportunity for germ growth. If a problem does occur within the heating system, a service professional is called to fix it immediately. Plaintiff has never been housed in a cell without adequate heat.

27.    At booking each inmate received one blanket and two sheets. Per jail policy, inmates are not issues any further bedding items.

28.    There is no report or request form in the Plaintiff's Inmate or Medical File showing that the Plaintiff ever fell in the shower as he alleged or that he requested medical care due to a fall in the shower as Plaintiff alleged.

29.    Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu. The original pre-approved menu has been approved by a certified dietician at the Auburn University Extension Office. The dietitian has made any necessary revisions to the menu, which is then adopted and approved by Detention Center staff as the menu as meeting all nutritional requirements. This dietitian-approved menu is the basis for all meals that have been served to inmates in the Lee County Detention Facility over the past two years.

30.    Inmates receive ample amounts of dairy products, proteins and vegetables. Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks several times a week. Further, healthy portions are served at each meal. Inmates are usually served meat daily. Inmates usually are served three to four different food items at every meal, offering a variety of food choices each day. Inmates are served fruit several times a week.

6

31.    I have complied with all policies and procedures of the Lee County Detention Center. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

32.    All documents attached to the Special Report are true and accurate copies of jail documents kept by me in the ordinary course of my business. I am a custodian of these records.

33.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


COREY WELCH

SWORN TO and SUBSCRIBED before me this __1__ day of ~~February~~ March, 2007.


NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES FEB. 6, 2011

7

# Exhibit C
# Affidavit of Sheriff Jay Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

RODNEY RAPHAEL COOPER,      )
                                                      )
            Plaintiff,                           )
V.                                                    )      Civil Action No. 3:06-cv-1125-MHT-SRW
                                                      )
JAY JONES, et al.,                         )
                                                      )
            Defendants.                       )

## AFFIDAVIT OF JAY JONES

STATE OF ALABAMA      )
                                            )
COUNTY OF LEE          )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jay Jones, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Jay Jones. I am over the age of nineteen and competent to execute this affidavit.

2.      I am the duly elected Sheriff of Lee County, Alabama, and have served in such capacity since 1999.

3.      I am familiar with the Plaintiff Rodney Raphael Cooper due to his incarceration in the Lee County Detention Center. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaint.

4.      As Sheriff of Lee County, I am responsible for promulgating the policies governing the Lee County Detention Center.

5.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

6.    It is the policy of the Lee County Sheriff's Office that members of the Detention Center staff receive and answer any written grievances or requests made by inmates to the Sheriff, chief deputy sheriff, or Detention Center personnel.

7.    Inmates housed in the Lee County Detention Center are furnished with Inmate Request Forms for the purpose of stating their requests or grievances in writing. Detention Center personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate. The officer receiving the request form is to answer the request if possible. If that officer is unable to answer the request, he is to forward it to the appropriate individual and/or up the chain of command until the request is answered. If the request form is directed to a particular officer, the officer receiving the request will forward the request to the officer to whom the request is directed. If the officer to whom the request is directed is not on duty that day, the request will be addressed on that officer's next scheduled working day.

8.    Internal grievance procedures at the Lee County Detention Center are available to all inmates. It is the policy of the Lee County Sheriff's Office that inmates are permitted to submit grievances and that each grievance will be acted upon.

9.    All inmates are provided access to a Lee County Detention Center Inmate Handbook. All inmates are provided a copy of the Lee County Detention Center Inmate Handbook when they are booked into the jail. Plaintiff signed a receipt showing that he had received a copy of the handbook and could read it. The inmate handbook states that an inmate may report a grievance on an inmate request form. Grievances are first answered by the appropriate staff at the lowest level in the chain of command. The inmate handbook also states that

2

if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the sheriff, who will make the final decision.

10.     I have never received a grievance or request form from the Plaintiff concerning any of the allegations made the basis of his Complaint. Per Lee County Sheriff's Office policy, an inmate has the opportunity to appeal any grievance to me if he were not satisfied with the response at the lower levels in the chain of command. The Plaintiff has not appealed any grievance to me. Accordingly, the Plaintiff has failed to exhaust his administrative remedies at the Lee County Detention Center.

11.     It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community, which will ensure their physical and emotional well-being.

12.     Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.

13.     No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

14.     Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

15.     Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

3

16.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated

~~in the Lee County Detention Facility to request health care services at any time.~~

17.    Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

a.    Verbal Request:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

b.    Written Request:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

18.    Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

19.    When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

20.    Medical requests of an emergency nature are to be handled immediately.

21.    Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process.

22.    The Detention Facility nurses, under the direction of the Detention Facility Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility.

23.    All health care rendered to inmates will, at the doctor's discretion, be given

4

privately to the inmate, outside the presence of a Detention Facility official. Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

24.    All inmates are required to pay a $10.00 fee for non-emergency treatment and a $3.00 fee for prescription medication. Inmates are never denied emergency medical treatment or treatment to a life-threatening injury. Inmates will not be denied necessary medical treatment because of lack of funds or for any other reason. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

25.    Per the policy of the Lee County Sheriff's Office, the nonmedical staff always defer to the instructions of the trained medical professionals on all medical issues.

26.    The heating system for the Lee County Detention center maintains a temperature between 68 and 70 degrees Fahrenheit in all inmate cells. Increasing this temperature increases the opportunity for germ growth. If a problem does occur within the heating system, a service professional is called to fix it immediately.

27.    Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu. The original pre-approved menu has been approved by a certified dietician at the Auburn University Extension Office. The dietitian has made any necessary revisions to the menu, which is then adopted and approved by Detention Center staff as the menu as meeting all nutritional requirements. This dietitian-approved menu is the basis for all meals that have been served to inmates in the Lee County Detention Facility over the past two years.

5

28.    Inmates receive ample amounts of dairy products, proteins and vegetables. Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks several times a week. Inmates are served fruit several times a week. Further, healthy portions are served at each meal. Inmates are usually served meat daily. Inmates are routinely served three to four different food items at every meal, offering a variety of food choices each day.

29.    I have complied with all policies and procedures of the Lee County Detention Center. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

30.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_____
JAY JONES

**SWORN TO** and **SUBSCRIBED** before me this 28 day of February, 2007.


_____
NOTARY PUBLIC
My Commission Expires:_____ MY COMMISSION EXPIRES FEB. 0, 2011

6

# Exhibit D
# Affidavit of Ray Roberson

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| RODNEY RAPHAEL COOPER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| V. | ) | **Civil Action No. 3:06-cv-1125-MHT-SRW** |
| | ) | |
| JAY JONES, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF RAY ROBERSON

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Ray Roberson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Ray Roberson.  I am over the age of nineteen and competent to execute this affidavit.

2.    I am employed with the Lee County Sheriff's Office and serve as Assistant Jail Administrator at the Lee County Detention Center.  I have worked in the Lee County Detention Center for twenty-three years and have obtained the rank of lieutenant.

3.    I am familiar with the Plaintiff Rodney Raphael Cooper due to his incarceration in the Lee County Detention Center.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    It is the policy of the Lee County Sheriff's Office that members of the Detention Center staff receive and answer any written grievances or requests made by inmates to the sheriff, chief deputy sheriff, or Detention Center personnel.

6.    Inmates housed in the Lee County Detention Center are furnished with Inmate Request Forms for the purpose of stating their requests or grievances in writing. Detention Center personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate. The officer receiving the request form is to answer the request if possible. If that officer is unable to answer the request, he is to forward it to the appropriate individual and/or up the chain of command until the request is answered. If the request form is directed to a particular officer, the officer receiving the request will forward the request to the officer to whom the request is directed. If the officer to whom the request is directed is not on duty that day, the request will be addressed on that officer's next scheduled working day.

7.    Internal grievance procedures at the Lee County Detention Center are available to all inmates. It is the policy of the Lee County Sheriff's Office that inmates are permitted to submit grievances and that each grievance will be acted upon.

8.    All inmates are provided access to a Lee County Detention Center Inmate Handbook. All inmates are provided a copy of the Lee County Detention Center Inmate Handbook when they are booked into the jail. Plaintiff signed a receipt showing that he had received a copy of the handbook and could read it. The inmate handbook states that an inmate may report a grievance on an inmate request form. Grievances are first answered by the appropriate staff at the lowest level in the chain of command. The inmate handbook also states that if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the sheriff, who will make the final decision.

2

9.    I have never received a grievance or request form from the Plaintiff concerning

any of the allegations made the basis of his Complaint. Per Lee County Sheriff's Office policy,

an inmate has the opportunity to appeal any grievance to me if he were not satisfied with the

response at the lower levels in the chain of command. The Plaintiff has not appealed any

grievance to me. Accordingly, the Plaintiff has failed to exhaust his administrative remedies at

the Lee County Detention Center.

10.    It is the policy of the Lee County Sheriff's Office that all inmates confined in

the Lee County Detention Facility are entitled to a level of health care comparable to that

available to citizens in the surrounding community, which will ensure their physical and

emotional well-being.

11.    Medical care rendered to inmates in the Lee County Detention Facility is

delivered under the direction of a licensed health care provider.

12.    No health care personnel or Detention Facility officer or other employee of the

Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for

medical services.

13.    Medical, dental, and mental health matters involving clinical judgments are the

sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist,

respectively.

14.    Inmates are guaranteed access to all diagnostic, laboratory, or other treatment

services as directed by the responsible health care authority.

15.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated

in the Lee County Detention Facility to request health care services at any time.

16.    Two methods may be utilized by inmates incarcerated in the Lee County

Detention Facility in order to secure health care services:

3

a.    Verbal Request:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

b.    Written Request:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

17.    Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

18.    When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

19.    Medical requests of an emergency nature are to be handled immediately.

20.    Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process.

21.    The Detention Facility nurses, under the direction of the Detention Facility Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility.

22.    When an inmate requests to see a dentist, the inmate is first examined by the jail physician in order to ensure that the inmate does not suffer from an emergency medical condition and to ensure that the inmate most likely does have a dental problem.  If the inmate's request is not of an emergency nature, the inmate is placed on the list to by seen by a dentist.  A local dentist sees 10 inmates from the Lee County Detention Center each week.  Inmates are seen in the order that their name appears on the list.

4

23.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official. Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

24.    All inmates are required to pay a $10.00 fee for non-emergency treatment and a $3.00 fee for prescription medication. Inmates are never denied emergency medical treatment or treatment to a life-threatening injury. Inmates will not be denied necessary medical treatment because of lack of funds or for any other reason. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

25.    Per the policy of the Lee County Sheriff's Office, the nonmedical staff always defer to the instructions of the trained medical professionals on all medical issues.

26.    The heating system for the Lee County Detention center maintains a temperature between 68 and 70 degrees Fahrenheit in all inmate cells. Increasing this temperature increases the opportunity for germ growth. If a problem does occur within the heating system, a service professional is called to fix it immediately. Plaintiff has never been housed in a cell without adequate heat.

27.    At booking each inmate received one blanket and two sheets. Per jail policy, inmates are not issues any further bedding items.

28.    Menus for the inmates at the Lee County Detention Facility are written out each month based on an original pre-approved menu. The original pre-approved menu has been approved by a certified dietician at the Auburn University Extension Office. The dietitian has made any necessary revisions to the menu, which is then adopted and approved

5

by Detention Center staff as the menu as meeting all nutritional requirements. This dietitian-approved menu is the basis for all meals that have been served to inmates in the Lee County Detention Facility over the past two years.

29.    Inmates receive ample amounts of dairy products, proteins and vegetables. Water is served to the inmates daily; also, inmates receive non-fat milk and fruit drinks several times a week. Further, healthy portions are served at each meal. Inmates are usually served meat daily. Inmates usually are served three to four different food items at every meal, offering a variety of food choices each day. Inmates are served fruit several times a week.

30.    All documents attached to the Special Report are true and accurate copies of jail documents kept by me in the ordinary course of my business. I am a custodian of these records

31.    I have complied with all policies and procedures of the Lee County Detention Center. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

32.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_Ray Roberson_
RAY ROBERSON

**SWORN TO** and **SUBSCRIBED** before me this 28 day of February, 2007.


_Ario D. Bridges_
NOTARY PUBLIC
My Commission Expires:____ MY COMMISSION EXPIRES FEB. 5, 2011

6

# Exhibit E
# Affidavit of Tommy Threat

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **RODNEY RAPHAEL COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **Civil Action No. 3:06-cv-1125-MHT-SRW** |
| | ) | |
| **JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF TOMMY THREAT

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Tommy Threat, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Tommy Threat.  I am over the age of nineteen and competent to execute this affidavit.

2.      I am employed by the Lee County Sheriff's Office and assigned to serve at the Lee County Detention Center.  I have achieved the rank of Sergeant.  I have been employed at the Lee County Detention Center for six (6) years.  I am a graduate of the Alabama Jail Management School.

3.      I am familiar with the Plaintiff, Rodney Rapheal Cooper, due to his incarceration in the Lee County Detention Facility.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      It is the policy of the Lee County Sheriff's Office that members of the Detention

Center staff receive and answer any written grievances or requests made by inmates to the sheriff, chief deputy sheriff, or Detention Center personnel.

6.    Inmates housed in the Lee County Detention Center are furnished with inmate request forms for the purpose of stating their requests or grievances in writing.  Detention Center personnel are charged with the responsibility of receiving and forwarding these forms to the proper authority at any time they are offered a completed form by an inmate.  The officer receiving the request form is to answer the request if possible.  If that officer is unable to answer the request, he is to forward it to the appropriate individual and/or up the chain of command until the request is answered.  If the request form is directed to a particular officer, the officer receiving the request will forward the request to the officer to whom the request is directed.  If the officer to whom the request is directed is not on duty that day, the request will be addressed on that officer's next scheduled working day.

7.    I have never received any request form from the Plaintiff concerning any allegation made basis of his Complaint.

8.    Internal grievance procedures at the Lee County Detention Center are available to all inmates.  It is the policy of the Lee County Sheriff's Office that inmates are permitted to submit grievances and that each grievance will be acted upon.

9.    All inmates are provided a copy of the Lee County Detention Center Inmate Handbook when they are booked into the jail.  Plaintiff signed a receipt showing that he had received a copy of the handbook and could read it.  The inmate handbook states that an inmate may report a grievance on an inmate request form.  Grievances are first answered by the appropriate staff at the lowest level in the chain of command.  The inmate handbook also states that if the inmate is not satisfied with the first answer to his grievance, the inmate may appeal all the way up the chain of command, up to the sheriff, who will make the final decision.

2

10.    A copy of all grievances and requests are filed in the inmate's file. However, the only requests in the Plaintiff's inmate file concern his requests regarding his parole, his requests regarding money to spend at the store, his request regarding his personal property being picked up and his request regarding his bad check charge. Had the Plaintiff made a request concerning any other allegations of his Complaint a copy would have been placed in the Plaintiff's inmate file. However, no such requests can be found in the Plaintiff's inmate file.

11.    The heating system for the Lee County Detention center maintains a temperature between 68 and 70 degrees Fahrenheit in all inmate cells. Increasing this temperature increases the opportunity for germ growth. If a problem does occur within the heating system, a service professional is called to fix it immediately. Plaintiff has never been housed in a cell without adequate heat. I have never told Plaintiff that he is housed in a cell without adequate heat.

12.    At booking each inmate received one blanket and two sheets. Per jail policy, inmates are not issues any further bedding items.

13.    It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community, which will ensure their physical and emotional well-being.

14.    Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.

15.    No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

3

16.    Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

17.    Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

18.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Facility to request health care services at any time.

19.    Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

    a.    Verbal Request: An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

    b.    Written Request: An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

20.    Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

21.    When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner. Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

22.    Medical requests of an emergency nature are to be handled immediately.

23.    Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process.

24.    The Detention Facility nurses, under the direction of the Detention Facility

4

Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility.

25.     All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official.    Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

26.     I have complied with all policies and procedures of the Lee County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

27.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


_____
TOMMY THREAT

**SWORN TO** and **SUBSCRIBED** before me this 28 day of February, 2007.


_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES FEB. 5, 2011

5

# Exhibit F
# Affidavit of Nurse Linda Stewart

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **RODNEY RAPHAEL COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **V.** | ) | **Civil Action No. 3:06-cv-1125-MHT-SRW** |
| | ) | |
| **JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF LINDA STEWART

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Linda Stewart, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Linda Stewart.  I am over the age of nineteen and competent to execute this affidavit.  I have been employed as a nurse with the Lee County Detention Facility for over five years.  I am an L.P.N. and have been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years.  I am a Certified Correctional Health Professional by the National Commission on Correctional Health Care.  I taught Nursing Assistance Clinicals for two years at Career Institute.  I collected medical information for the law firm of Bellamy and Jones for three years, and I was employed as the personal nurse for Doctor Hoffman, in Phenix City, Alabama, for twelve-years, prior to my coming to the Lee County Detention Facility.

2.    I certify and state that the documents from Plaintiff's medical file provided to the Court which are attached to the Defendants' Special Report are true and correct copies of inmate records, kept at the Lee County Detention Center in the regular course of business. I am the Custodian of these Records.

3.    I am familiar with the Plaintiff, Rodney Raphael Cooper, due to his incarceration in the Lee County Detention Facility.

4.    I have complied with all policies and procedures of the Lee County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

5.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

6.    As a Detention Facility nurse, I have neither duty nor authority with regard to any non-medical issues. My sole duty and authority is with regard to medical care of inmates.

7.    It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community, which will ensure their physical and emotional well-being.

8.    Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.

9.    No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

2

10.    Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

11.    Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

12.    It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Facility to request health care services at any time.

13.    Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

     a.    <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

     b.    <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

14.    Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

15.    When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the shift supervisor of the inmate's request. It is the shift supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

16.    Medical requests of an emergency nature are to be handled immediately.

17.    Lee County Sheriff's Office policy requires that inmates be informed of the methods by which they may obtain medical treatment during the booking process.

18.    The Detention Facility nurses, under the direction of the Detention Facility

3

Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Facility.

19.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official.    Should the physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

20.    I received and responded to two request slips from Plaintiff requesting medical care for a toothache.  Plaintiff submitted the first slip on October 5, 2006 and the second slip on October 6, 2006.  After receipt of the first slip, I placed Plaintiff on a list to see the dentist.

21.    Dr. McFarland examined Plaintiff and determined that he did need to see a dentist.  Plaintiff was examined by Dr. William G. King, III, D.M.D. on October 27, 2006.  Dr. King prescribed amoxicillin and Lortab to Plaintiff and determined that Plaintiff could have his wisdom teeth removed as elective, non-emergency surgery paid for by Plaintiff.  Plaintiff received his first dose of these medications on October 27, 2006.  Plaintiff continued to receive these medications exactly as Dr. King prescribed them, as shown by the Medication Administration Records.

22.    I followed Dr. McFarland's and Dr. King's orders with regard to the Plaintiff's medical care.  In fact, per the policy of the Lee County Sheriff's Office, I always follow the instructions of the treating physician on all medical issues.

23.    Other than the two requests regarding a toothache dated October 5, 2006 and October 6, 2006, I have never received a grievance or request from the Plaintiff concerning the allegations made the basis of his Complaint.

4

24.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.


LINDA STEWART, CCHP/LPN


**SWORN TO** and **SUBSCRIBED** before me this 28 day of February, 2007.


NOTARY PUBLIC
My Commission Expires:  MY COMMISSION EXPIRES FEB. 5, 2011

5

# Exhibit G
# Inmate Medical File

**LEE COUNTY SHERIFF'S DEPARTMENT**
**RECORD OF MEDICAL EXAMINATION**

PART 1        To be completed by Corrections Staff (please print clearly)

1. Inmate's Name: _Cooper, Rodney_

2. Date of Examination: _10/27/06_

3. Time of Examination: _08:09 AM_

4. Reason treatment was needed: _Dental Exam + Treatment_

5. Did Inmate request treatment? _✓_Yes ___No (If yes, place request form in Inmate's file)

6. Was inmate transported from the jail? _✓_Yes ___No

7. If yes, to what location? _Dr. King_

8. Was inmate treated at the jail? _✓_Yes ___No

9. Who examined the inmate? _Dr. McFarland_

10. Corrections Staff Signature and title: _KK Griffith LOO_

---

PART 2        To be completed by person examining inmate (Please print clearly)

1. Type of treatment/examination: _Pt will need Ext Exam_

2. Prognosis: _Good with treatment_

3. Is additional treatment needed? _X_ Yes ___No If so, please specify if other than medication: _Pt will need Extraction of all 4 wisdom teeth, Explained to pt about referral process and family payment_

4. Medication prescribed: _Lortab 7.5 x 6 , Amoxicillin 500 x 21_

5. Special instructions for administration: _As prescribed_

6. Other special instructions (restrictions of diet, activity, work, etc; observations orders; other): _NONE_

_10/27/06_          _8:00_

Date          Time

WILLIAM G. KING, III, D.M.D.
227 E. MAGNOLIA AVENUE
AUBURN, AL 36830

Health Care Provider Signature/ Title

Cooper, Rodney Rapheal

ALABAMA DEPARTMENT OF PUBLIC HEALTH
SKIN TEST REPORT

B/M

ID NUMBER **917606**

County: _Lee_
Social Security No: _____
Phone No: _____
Birth Date: _____
Sex: ☑M ☐F  Race: ☐W ☑B ☐AI ☐A ☐AN ☐H/PI ☐O   Month ___ Day ___ Year ___

MI | | | |

Hispanic: ☐Yes ☐No          Specify _____

Reason Tested:
☐ Health Care Worker    ☐ Student        ☐ Homeless
☐ Medical Risk          ☐ Occupational   ☑ Jail/Prison
☐ Shelter               ☐ Foreign Born   ☐ Not at Risk

Contact: ☐Yes ☐No    | Facility Name _LCSO_

Risk Factor Category (Check One)  A☐  B☑  C☐  (See Reverse Side)

Date Tested: _10/18/06_              Result ___∅___ mm
          Month Day Year
(For Two-Step Method Only)
Second Test Date: _____ Date Read: _____ Result: _____ mm
     Month Day Year          Month Day Year

Date Read: _10/31/06_
          Month Day Year

All results must be recorded in millimeters (mm) of induration.

Race codes: W-White; B-Black; AI-American Indian; A-Asian; AN-Alaskan Native;
H/PI-Hawaiian/Pacific Islander; O-Other

ADPH-TB-26/Rev. 2-06 (BS)

Counselor (Initials) | / - |

Date Collected | | | / | | | / | | | |

EIA
Results: Indicated by Marked
⦿ Negative
○ Not Done
○ Positive

WESTERN BLOT
○ Negative
○ Indeterminate
○ Positive
○ Not Done

ANALYST INITIALS | | | |

DATE REPORTED | / | | 5 | / | | | |

☐ Birmingham        ☐ Mobile
☐ Decatur           ☑ Montgomery
☐ Dothan

County Health Dept. CHR Number | | | | | |

Social Security Number | | | | – | | | – | | | | |

Medicaid Number | | | | | | | | | | |

Provider Number | | | | | | | | |

Has Patient Had a Previous Positive or Indeterminate Western Blot?
⦿ No    ○ Yes    ○ Unknown

Date | | | / | | | / | | | | |



**PATIENT SHOULD HAVE A TUBERCULIN SKIN TEST IF HIV POSITIVE**

1997321024

*REPORT COPY*
*Return to provider*

*ADPH-CL-109 / REV 01-01*

PO BOX 244018, MONTGOMERY AL 36124-4018
Phone:(334) 260-3400   FAX:(334) 274-9800

Page:   1

| Provider: | Accession | 4045086 | ID: | 1075290 | Patient: Cooper,Rodney,Rapheal |
|---|---|---|---|---|---|

**Provider:**
TKD JUSTICE CENTER
PO BOX 2407
OPELIKA, AL, 36801-0000
(000) 000-0000,
UNKNOWN DOCTOR

**Accession** 4045086
Requisition #:   4045086
Service Area:
CHR #:

Collected:  11/ 9/2006 @
Received:   11/16/2006 @ 7:55 AM
Reported:  11/16/2006 @ 3:34 PM

**Patient:**
**Cooper,Rodney,Rapheal**
D.O.B.:
Sex:    M    MALE
Phone:  (000) 000-0000
SSN:
Status:  **Final Report**

| Test Name | Result | Units | Normal Range | Notes |
|---|---|---|---|---|
| *Serology Results* | | | | |
| VDRL, STS Qualitative | Non-Reactive | | | |

Lab Director
William J. Callan,Ph.D.

Lee County Detention Center

# INMATE REQUEST SLIP

**F-6**
**LOCATION**

Name _Rodney Cooper_    Date _10-5-06_

☐ Telephone Call    ☐ Doctor    ☒ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I have a really bad tooth ache
and it's causing me great
discomfort, could you please
give me something for it
A.S.A.P.
Thank you!

<u>Do Not Write Below This Line</u> - For Reply Only

10/6/06 #TP 3 pucks
Oryel plaip on Unlila
Lied

nurse _illegible_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** F-6

Name _Rodney Cooper_ Date _10/6/06_

☐ Telephone Call  ☐ Doctor  ☑ Dentist  ☐ Time Sheet

☐ Special Visit  ☐ Personal Problem  ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

My wisdom tooth is killing me,
I can't eat because my
face is swollen, and I
can't sleep because of
the pain, could you please
give me some help A.S.A.P.
Thank you!

<u>Do Not Write Below This Line</u> - For Reply Only

10/6/06   already addressed

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

# MEDICATION SHEET - ADMINISTRATION RECORD

Nov. 2006

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxicillin 500 T Am Tl pm 11/1/06 | 800 | | | | | | | Continued | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | JJ | | | | | | | | | | | | | | | | | | | | | | |
| PM | W | | | | | | | | | | | | | | | | | | | | | | |

| | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |

| | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | | |

| Charting For | | Through | | |
|---|---|---|---|---|
| Physician | D. King | Telephone No. | | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | Admission Date | |
| Medicaid Number | Medicare Number | Complete Entries Checked By: Stewart Title: VN Date: 11/1/06 | | |
| Resident  Cooper, Rodney | Birth Date | Resident Code | Room No. 7-6 | Bed | Facility Code |

# MEDICATION SHEET - ADMINISTRATION RECORD

P & L FORMS #3021 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lortab 7.5 mg #6 10/27/06 TID | 0800 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Amoxicillin 500 mg 1 AM 1 PM 10/27/06 | 0800 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | 1 | 1 | 2 | 2 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |

| | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | 19 | 19 | 20 | 20 | 21 | 21 | 22 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | | | | | |

| | 23 | 23 | 24 | 24 | 25 | 25 | 26 | 26 | 27 | 27 | 28 | 28 | 29 | 29 | 30 | 30 | 31 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AM | | | | | | | | | | | | | | | | | | |
| PM | | | | | | | | | | | | | | | | | | |

| Charting For | | Through | |
|---|---|---|---|
| Physician | D. King | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: Stewart | Title: LPN | Date: 10/27/06 |
| Resident | Cooper Rodney | Birth Date | Resident Code | Room No. F-6 | Bed | Facility Code |

**Exhibit H**
**Detention Center Menus**
**October 2006 through February 2007**

# October – 2006

## Breakfast — Lunch – Dinner

**10/1/06** Grits
Sun. Toast
Red Hots
Egg / Jelly

Ham Sand
Mash Potatoe
Peas & Carrots
Cookie –

Chicken Pattie
Green Beans
Roll / Mash Potatoe
Pudding / Fruit Drink –

**10/2/06** Grits
Mon. Toast
Egg
Jelly

Bolognia Sand
Corn
Bake Beans
– Pudding –

Pinto Beans
Rice
Corn Bread
Mix Greens
Bake Apples –

**10/3/06** Grits
Tues. Toast
Sausage
Egg
Jelly

Chili Dog
Bake Beans
Mash Potatoe
Apple Sauce

– Spaghetti
Corn Bread
Green Beans
Cake / Fruit Drink

**10/4/06** Grits
Wed. Toast
Beef Hash
Jelly

Veg. Beef Soup
Peanut / Butter
& Jelly Sand
Mash Potatoe / Fruit Drink

– Navy Beans
Corn Bread
Okra, Corn & Tomato
Collard Greens
Pudding –

**10/5/06** Grits
Thurs. Toast
Red Hots
Egg
Jelly

Ham & Chese Sand
Mash Potatoe
Bake Beans
– Slice Apples –

Beef-/o-Roni
Corn Bread
Green Beans
Apple Sauce
Fruit Drink –

## October - 2006

### Breakfast - Lunch - Dinner

**10/6/06 FRI.**
Grits
Toast
Egg
Jelly / Red Hot

Chicken Sand
mash Potato
Green Beans
Pudding

Black eyes
Corn Bread
Steam Squash (13 cal
Rice / Slice Appl.

**10/7/06 SAT.**
Grits
Toast
Sausage
Egg
Jelly

Bolong'a Sand
Bake Beans
Peas & Carrots
Cookie -

Limas Beans
Mix Greens
Corn Bread
Rice / Pudding

**10/8/06 SUN.**
Grits
Toast
Red Hots
Egg / Jelly

Ham Sand
Corn
mash Potato
Apple Sauce

Pepper Steak
Corn Bread
mash Potato
Green Beans
Pudding / Fruit Drink

**10/9/06 Mon.**
Grits
Toast
Egg
Jelly

Veg. Beef Soup
Peanut / Butter Jelly
Sand / mash Potato
Pudding -

Pinto Beans
Corn Bread
Okra - Corn - Tomat
Rice
Slice Apple

**10/10/06 Tues.**
Grits
Toast
Sausage
Egg
Jelly

Chili: Dog
Bake Beans
mash Potato
Cookie
Fruit Drink

Spaghetti
Corn Bread
Green Beans
Pudding

OCTOBER - 2006

BREAKFAST - LUNCH - DINNER

10/11/06 Grits
Wed. Toast
Beef Hash
Jelly -

Bologna Sand
Corn
Bake Beans
- Cookie -

Northern Beans -
Corn Bread -
Steam Squash - Cnus (13)
Mix Greens
Bake Apples

10/12/06 Grits
Thurs. Toast
Sausage
Egg
Jelly

Corn Dog
Bake Beans
Mash Potato
Pudding

Black eye
Corn Beans
Rice
Okra - Corn - Tomat.
Pudding -

10/13/06 Grits
Fri. Toast
Egg
Jelly

Ham Sand
Mash Potato
Peas & Carrots
Apple Sauce

Baby Limas Bean
Corn / Bread
Collard Greens
Bake Apples
Rice

10/14/06 Grits
Sat. Toast
Sausage
Egg
Jelly

Bologna & Cheese Sand
Bake Beans
Green Beans
Slice Apples

Spaghetti
Corn Bread
Green Bean
Pudding

10/15/06 Grits
Sun. Toast
Red Hot
Egg
Jelly

Ham Sand
Corn
Mash Potato
Cookie

Beef Fritte
Gravy Steak
Mash Potato
Roll
Mash Potato Green Beans
Pudding / Fruit

## October 2006

### Breakfast — Lunch — Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 10/16/06 Mon. | Grits, Toast, Beef Hash, Jelly | Veg. Beef Soup, Mash Potatoe, Peanut Butter Sand, Pudding | Baby Limas Beans, Corn Bread, Rice, Mix Greens, Bake Apples |
| 10/17/06 Tues. | Grits, Toast, Sausage, Eggs, Jelly | Chili Dog, Bake Beans, Mash Potatoe, Apple Sauce | Beef-O-Roni, Corn Bread, Green Beans, Pudding |
| 10/18/06 Wed. | Grits, Toast, Eggs, Jelly | Bologna & Cheese Sand, Peas & Carrots, Mash Potatoe, Cookie | Pinto Beans, Corn Bread, Steam Squash, Rice, Cake |
| 10/19/06 Thurs. | Grits, Toast, Red Hot, Eggs, Jelly | Ham Sand/Cheese, Corn, Bake Beans, Pudding | Navy Beans, Corn Bread, Okra-Corn-Tomatoe, Collard Greens, Pudding |
| 10/20/06 Fri. | Grits, Toast, Beef Hash, Jelly | Fish Sand, Mash Potatoe, Bake Beans, Green Beans, Slice Apple | Blackeyes/Fish, Corn Bread, Mix Greens, Rice, Apple Sauce |

# October - 2006

## Breakfast - Lunch - Dinner

**10/21/06 Grits**
Sat. Toast
Sausage
Eggs
Jelly

Corn Dog
Bake Beans
Mash Potato
Cookie

Spaghetti
Corn Bread
Green Beans
Pudding

**10/22/06 Grits**
Sun. Toast
Red Hot
Egg
Jelly

Ham Sand
Corn
Peas & Carrots
Apple Sauce

~~Chicken Fatties~~ Beef Patties
Roll
Green Beans
Pudding
Mash Potato / French Dri

**10/23/06 Grits**
Mon. Toast
Eggs
Jelly

Bologia Sand
Mash Potato
Bake Beans
Slice Apple

Pinto Beans Fich.
Okra - Corn - Toma
Corn Bread
Rice
Bake Apples

**10/24/06 Grits**
Tues. Toast
Sausage
Egg
Jelly

Veg. Beef Soup
Peanut / Butter / Jelly Sand
Mash Potato
Pudding

Navy Beans
Corn Bread
Mix Greens
Steam Squash
Pudding

**10/25/06 Grits**
Wed. Toast
Beef Hash
Jelly

Chili Dog sloppy on
Bake Beans
French Fries
Cookie
Fruit Drink

Bar-B-Q egg
Corn Bread
Rice
Collard Greens
Slice Apples

OCTOBER - 2006

Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 10/26/06 Thurs | Grits / Toast / Egg / Jelly | Sloppy Joe / Ham & Cheese Sand / Mash Potato / Peas & Carrots / Pudding | Fish / Northern Beans / Corn Bread / Mix Greens / Rice / Slice Apples |
| 10/27/06 Fri | Grits / Toast / Egg / Jelly | Fish Sand / Fries Mash Potato / Bake Beans / Cake / Fruit Drink / Dutch Bread | Spaghetti / Corn Bread / Green Beans / Pudding / Fruit Drink |
| 10/28/06 Sat | Grits / Toast / Beef Hash / Jelly | Corn Dog / Bake Beans / Corn / Pudding / Dutch Beans | Pinto Beans / Rice / Corn Bread / Steam Squash / Apple Sauce |
| 10/29/06 Sun | Grits / Toast / Red Hot / Egg / Jelly | Ham Sand / Bake Beans / Mash Potato / Peas & Carrots | Beef Fritter / Mash Potato / Green Beans / Roll / Pudding / Fruit Drink |
| 10/30/06 Mon | Grits / Toast / Egg / Jelly | Bologia Sand / Apple Sauce / Mash Potato / Corn | Black Eye / Corn Bread / Rice / Okra - Corn - Tomato / Bake Apples |

October 2006

Breakfast + Lunch   Dinner

10/31/06 Grits
Tues. Toast
Sausage
Egg
Jelly

Veg. Beef Soup
Peanut Butter Jelly
Mash Potato
Pudding

Baby Limas Beans
Corn Bread
Mix Greens
Rice
Cake

"The End"

# November - 2006

## Breakfast - Lunch - Dinner

**11/1/06 Wed.**
Grits
Toast
Egg
Jelly

Bologna Sand
Corn
Mash Potatoe
Fruit Cocktail

Pinto Beans
Rice
Okra-Corn-Tomatoe
Cornbread
Bake Apples

**11/2/06 Thurs.**
Grits
Toast
Sausage
Egg
Jelly

Fish Sand
Green Beans
Chili
Mash Potato
Cookie

Chili
Corn Bread
Green Beans
Pudding

**11/3/06 Fri.**
Grits
Toast
Beef Hash
Jelly

Ham & Cheese Sand
Peas & Carrots
Mash Potato
Pudding

Navy Beans
Corn Bread
Mix Greens
Slice Apples

**11/4/06 Sat.**
Grits
Toast
Sausage
Egg
Jelly

Bologna Sand
Bake Beans
Green Beans
Cookie -

Blackeyes
Corn Bread
Steam Squash
Rice
Bake Apples
Tomatoe Beaufu
Pepper Steak

**11/5/06 Sun.**
Grits
Toast
Red Hot
Egg
Jelly

Ham Sand
Bake Beans
Mash Potato
Apple Sauce

Pepper Steak
Green Beans
Pudding / Corn Bread
Mash Potatoe / Fruit Drink

# November - 2006

## Breakfast - Lunch - Dinner

**11/6/06 Mon.**
Grits
Toast
Eggs
Jelly

Veg. Beef Soup
Crackers
Mash Potato
Apple Sauce

Pinto Beans
Corn Bread
Okra Corn Tomatoes
Steam Squash
Pudding

**11/7/06 Tues.**
Grits
Toast
Sausage
Eggs
Jelly

Bologna Sand
Peas & Carrots
Corn
Cookie

Beef & Onions
Green Beans
Corn Bread
Slice Apples

**11/8/06 Wed.**
Grits
Toast
Beef Hash
Jelly

Chili Dog
French Fries
Bake Beans
Pudding

Northern Beans
Corn Bread
Okra - Corn & Tomatoe
Collard Greens
Slice Apples

**11/9/06 Thurs.**
Grits
Toast
Eggs
Jelly

Ham & Cheese Sand
Corn
Mash Potato
Pudding

Blackeyes
Corn Beans
Rice
Mex Beans
Fruit Cocktail

**11/10/06 Fri.**
Grits
Toast
Sausage
Eggs
Jelly

Bologna Sand
Mash Potato
Peas & Carrots
Apple Sauce

Pinto Beans
Steam Squash
Mash Potato
Corn Bread
Pudding

# November - 2006

## Breakfast  -  Lunch  -  Dinner

| | | |
|---|---|---|
| 11/11/06 Grits<br>Sat. Toast<br>Beef Hash<br>Jelly | Ham Sand<br>Bake Beans<br>Mash Potato<br>Pudding | Spaghetti<br>Corn Bread<br>Green Beans<br>Slice Apples |
| 11/12/06 Grits<br>Sun. Toast<br>Red Hot<br>Eggs<br>Jelly | Bologna & Cheese Sand<br>Peas & Carrots<br>Corn<br>Apple Sauce | Bake Chicken<br>Beef Fritters<br>Mash Potato<br>Green Beans<br>Pudding<br>Corn Bread |
| 11/13/06 Grits<br>Mon. Toast<br>Eggs<br>Jelly | Veg. Beef Soup<br>Peanut Butter & Jelly Sand<br>Mash Potato<br>Slice Apples | Black eyes<br>Corn Bread<br>Collard Greens<br>Rice<br>Bake Apples |
| 11/14/06 Grits<br>Tues. Toast<br>Sausage<br>Eggs<br>Jelly | Chili Dog<br>French Fries<br>Bake Beans<br>Pudding | Beef - O - Roni<br>Corn Bread<br>Green Beans<br>Fruit Cocktail |
| 11/15/06 Grits<br>Wed. Toast<br>Beef Hash | Ham Sand<br>Green Beans<br>Mash Potatoes | Pinto Beans<br>Rice<br>Okra-Corn-Tomato |

November - 2006

Breakfast - Lunch - Dinner

**11/16/06 THURS.**
Grits
Toast
Sausage
Egg
Jelly

Corn Dog
Bake Beans
Mash Potato
Slice Apple

Limas Beans
Steam Squash
Corn Bread
Rice
Bake Apples

**11/17/06**
Grits
Toast
Egg
Jelly

Fish Ham Sand
Mash Potato
Green Beans
Pudding -

Spaghetti
Corn Bread
Green Beans
Cake - fruit Drink

**11/18/06 SAT.**
Grits
Toast
Red Hot
Egg
Jelly

Bologna Sand w/cheese
Mash Potato
Bake Beans
Cookie -

Navy Beans
Corn Bread
Mix Greens
Slice Apples
Rice

**11/19/06 SUN.**
Grits
Toast
Sausage
Egg
Jelly

Ham Sand
Peas & Carrots
Corn
AppleSauce

Pepper Steak
Mash Potato
Green Beans
Roll
Pudding -

**11/20/06 Mon.**
Grits
Toast
Ham

Bologna Sand
Corn
Green Beans

Black eye
Mash Potatoes
Green Beans

November - 2006

Breakfast - Lunch - Dinner

| | | |
|---|---|---|
| 11/21/06 Grits Tues. Toast Beef Hash Jelly | Veg. Beef Soup Peanut/Jelly Sand Mash Potatop Apple Sauce | Pinto Beans Rice Mix Greens Corn Bread Bake Apple - |
| 11/22/06 Grits Wed. Toast Sausage Egg Jelly | Chili Dog French Fries Bake Beans Pudding - | Spaghetti Corn Beans Green Beans Mix Fruit |
| 11/23/06 Grits Thurs Toast Red Hot Eggs Jelly | Corn Dog (VOID) Thanks giving Dinner Bake Beans Mash Potatop Green Beans | - Peas & Carrots Corn Sandwich Pudding |
| 11/24/06 Grits Fri. Toast Eggs Jelly | Ham & Cheese Sand Corn Peas & Carrots Slice Apples - | Black eyes Corn Bread Mash Potato Collard Greens Cake |
| 11/25/06 Grits Sat. Toast | Bologna Sand Bake Beans | Limas Beans New Bread |

## November - 2006

## Breakfast - Lunch - Dinner

| 11/26/06 Grits | Ham Sand | Pepper Steak - |
| Sun. Toast | Bake Beans | Green Beans |
| Red Hot | Mash Potatos | Mash Potatos |
| Egg | Cookie - | Pudding /Roll |
| Jelly | | Fruit Drink |

| 11/27/06 Grits | Bologna | Beef-O-Roni |
| Mon. Toast | Green Beans | Corn Bread |
| Egg | Mash Potatos | Mix Greens |
| Jelly | Pudding | Apple Sauce |

| 11/28/06 Grits | Veg. Beef Soup | Bwt. o Beans |
| Tues. Toast | Peanut Butter/Jelly/smash | Rice |
| Sausage | Mash Potatos | Corn Bread |
| Egg | Pineapples | Steam Squash |
| Jelly | | Pudding |

| 11/29/06 Grits | Chili Dog | Limas Beans |
| Wed. Toast | Mash Potatos | Corn Beans |
| Beef Hash | Bake Beans | Rice |
| Jelly | Cookie - | Collard Green |
| | | Pineapples - |

| 11/30/06 Grits | Bologna Sand | Black eyes |
| Thurs. Toast | Corn | Corn Bread |

# December - 2006

## Breakfast - Lunch - Dinner

| | | |
|---|---|---|
| 12/1/06 Grits Fri. Toast Eggs Jelly | Fish Sand Bake Beans Mash Potato Pudding | Spaghetti Corn Bread Green Beans Apple Rings |
| 12/2/06 Beef Hash Sat. Grits Toast Jelly | Bologna Sand Peas & Carrots Corn Pine Apples | Pinto Beans Rice Mix Greens / Corn Bread Slice Apples |
| 12/3/06 Grits Sun. Toast Sausage Egg | Ham Sand Mash Potato Bake Beans Apple Sauce | Beef Fritters Mash Potato Green Beans Pudding / Corn Bread Fruit Drink |
| 12/4/06 Grits Mon. Toast Eggs Jelly | Veg. Beef Soup Peanut Butter / Jelly Sand Mash Potato Cookie | Limas Beans Corn Bread Collard Greens Rice / Mix Fruit |
| 12/5/06 Grits Tues. Toast | Chili Dog Bake Beans | Black eyes Corn Bread |

# December - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 12/6/06 WED. | Grits, Toast, Egg, Jelly | Ham & Cheese Sand, Corn, Peas & Carrots, Pine Apples — | Limas Beans, Corn Bread / Rice, Pine Apple — |
| 12/7/06 THURS. | Grits, Toast, Sausage, Egg | Veg. Beef Soup, Cracker / Mash Potatoe, Cookie / Butter Jelly | Pinto Beans, Corn / Bread / Rice, M&C Greens / Sauce Apple |
| 12/8/06 FRI. | Grits, Toast, Beef Hash, Jelly | Fish Sand, Mash Potatoe, Bake Beans, Apple Sauce | Beef-O-Roni, Corn Bread, Green Beans, M&C Fruit / Fruit Drink |
| 12/9/06 SAT. | Grits, Toast, Sausage, Egg | Bologna Sand, Green Beans, Slice Apples, Mash Potato | Navy Beans, M&C Greens, Corn Bread / Rice, Pine Apple |
| 12/10/06 SUN. | Grits, Toast | Ham Sand, Apple Kings | Pepper Steak, Green Beans, mash Potato |

December - 2006

Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 12/11/06 Mon. | Grits Toast Eggs Jelly | Veg. Beet Soup Cracker, mash potatoe Pudding | Black eyes Corn Bread Rice/Collard Greens Apple Sauce |
| 12/12/06 Tues. | Grits Toast Sausage Eggs Jelly | Ham Sand Corn Slice Apple Bake Beans | Spachetti Corn Bread Bake Apples Mix Greens / Fruit Drink |
| 12/13/06 Wed. | Grits Toast Beef Hash Jelly | Chili Dog Bake Beans Peas : Carrots Apple Sauce | Pinto Beans Corn Bread Stern Squash Pudding / Rice |
| 12/14/06 Thurs. | Grits Toast Sausage Eggs Jelly | Bologia Sand Green Beans Mash Potato Cookie | Lima Beans Corn Bread Okra, Corn + Tomotoes Rice / Mix Greens |
| 12/15/06 Fri. | Grits Toast | Fish Sand Mash Potato Bake Beans | Beef-O-Roni Green Beans Corn Bread |

# December - 2006

## Breakfast - Lunch - Dinner

| 12/16/06 Sat. | Grits Toast Sausage Egg Jelly | Bologna Sand Mash Potatoe Bake Beans Apple Sauce | Black Eyes Corn Bread Rice Collard Greens Slice Apples |
| 12/17/06 Sun. | Grits Toast Red Hot Egg Jelly | Ham Samd Corn Mash Potatoe Mex Fruit | Bake Chicken Green Beans Mash Potatoe Corn Bread Pudding |
| 12/18/06 Mon. | Grits Toast Egg Jelly | Bologna Sand Mash Potatoe Peas ': Carrots Pudding | Corn Beans Mix Greens / Rice Bake Apples   FRUIT DRINK: Pinto / Beans |
| 12/19/06 Tues. | Grits Toast Beef Hash Jelly | Veg. Bean Soup Crackers / Mash Potatoe Slice Apples | Navy Beans Corn Bread Collard Greens Rice / Slice Apples |
| 12/20/06 Wed. | Grits Toast | Chili Dog Bake Beans | Sparhetti Corn Bread |

December - 2006

Breakfast - Lunch - Dinner

12/21/06 Grits
Thurs. Toast
Egg
Jelly

Ham Sand
Slice Apples
Bake Beans
Corn

Pinto Beans
Corn Bread
Rice
Steam Squash
Slice Apples

12/22/06 Grits
Fri. Toast
Beef Hash
Jelly

Chicken Sand
Green Beans
Mash Potato
Pudding / Fruit Drink

Black eye
Corn Bread
Rice / Mix Greens
Mix Fruit

12/23/06 Grits
Sat. Toast
Egg
Jelly

Bologia Sand
Peas / Carrots
Mash Potato
Cookie —

Beef-O-Row!
Corn Bread
Green Beans
Pudding / Fruit Drink

12/24/06 Grits
Sun. Toast
Sausage
Egg
Jelly

Ham Sand
Bake Beans
Mash Potato
Slice Apples

Chicken Patties
Green Beans
Mash Potato
Corn Bread / Pudding
Fruit Drink

12/25/06 Grits
Mon. Toast

Bologia Sand
Corn

December

## December - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 12/26/06 TUES. | Grits Toast Eggs Jelly | Veg. Beef Soup Peanut Butter Jelly Sand Mash Potatoe Mix Fruit - | Black eyes Corn Bread Rice Collard Greens Slice Apples |
| 12/27/06 Wed. | Grits Toast Beef Hash Jelly | Ham & Cheese Sand Corn Green Beans Pudding | Spaghetti Corn Bread Mix Greens Bake Apples Fruit Drink |
| 12/28/06 Thes. | Grits Toast Sausage Eggs | Chili Dog Mash Potatoe Bake Beans Cookie | Lomas Beans Corn Bread Rice Steam Squash Pudding |
| 12/29/06 Fri. | Grits Toast Eggs Jelly | Bologna Sand Peas & Carrots Mash Potatoe Slice Apples | Pinto Beans Rice Corn Bread Mix Greens Cake |
| 12/30/06 Sat. | Grits Toast | Ham Sand Bake Beans | Beef-O-Roni Corn Bread |

December 2006

BREAKFAST - LUNCH - DINNER

| 12/31/06 Sun. | Breakfast | Lunch | Dinner |
|---|---|---|---|
| | Grits | Bologna Sand | Chicken Pattie |
| | Toast | Corn | Mash Potatoe |
| | Beef Hash | Mash Potatoe | Green Beans |
| | Jelly | Slice Apples | Corn Bread |
| | | | Pudding |
| | | | Fruit Drink |

"The End"

# January - 2007

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/1/07 Mon. | Grits Toast Sausage Egg Jelly | Ham & Cheese Sand Green Beans Mash Potato Cookie | Black eyes Corn Bread Collard Greens Rice / Pudding |
| 1/2/07 Tues. | Grits Toast Egg Jelly | Veg. Beef Soup Peanut Butter Jelly Sand Mash Potato Slice Apple | Limas Beans Corn Bread Rice Mix Greens Cake |
| 1/3/07 Wed. | Grits Toast Sausage Egg | Corn Dog Bake Beans Mash Potato Pudding | Spaghetti Corn Bread Green Beans Cake / Fruit Drink |
| 1/4/07 Thurs. | Grits Toast Beef Hash Jelly | Bologna Sand Corn Bake Beans Mix Fruit | Pinto Beans Corn Bread Steam Squash Rice Slice Apple |
| 1/5/07 Fri. | Grits Toast Sausage | Ham Sand Peas & Carrots Mash Potato | Navy Beans Corn Bread Mix Greens |

# January - 2007

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/6/07 Sat. | Grits<br>Toast<br>Eggs<br>Jelly | Bologia Sand<br>Bake Beans<br>mash Potatoe<br>Slice Apples | Beef-O-Row!<br>Corn Bread<br>Mix Greens<br>Pudding |
| 1/7/07 Sun. | Grits<br>Toast<br>Sausage<br>Eggs<br>Jelly | Ham Sand<br>Corn<br>mash Potatoe<br>Cookie | Pepper Steak<br>Green Beans<br>mash Potatoe<br>Corn Bread<br>Pudding / Fruit Drink |
| 1/8/07 Mon. | Grits<br>Toast<br>Eggs<br>Jelly | Veg. Beef Soup<br>Peanut Butter Jelly Sand<br>mash Potatoe<br>Pudding | Black eyes<br>Corn Bread<br>Rice<br>Collard Greens<br>Mix Fruit |
| 1/9/07 Tues. | Grits<br>Toast<br>Beef Hash<br>Jelly | Chili Dog BChili Beef<br>Bake Beans<br>Chips<br>Mix Fruit | Spaghetti<br>Corn Bread<br>Green Beans<br>Steam Squash<br>Apple |
| 1/10/07 Wed. | Grits<br>Toast<br>Sausage | Ham & Cheese Sand<br>Green Beans<br>mash Potatoe | Ponto Beans<br>Rice<br>Steam Squash |

# January - 2007

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/11/07 Thurs. | Grits, Toast, Egg, Jelly | Bologna Sand, Corn, Mash Potatoe, Cookie | Limas Beans, Rice, Okra, Corn, Tomatoes, Corn Bread, Slice Apples |
| 1/12/07 Fri. | Grits, Toast, Sausage, Egg, Jelly | Chicken Sand, Mash Potatoe, Green Beans, Pudding | Veg. Beef Soup, Corn Bread, Mash Potatoe, Apple Sauce |
| 1/13/07 Sat. | Grits, Toast, Beef Hash, Jelly | Corn Dog, Bake Beans, Chips, Slice Apples | Pinto Beans, Corn Bread, Rice, Steam Squash, Mix Fruit |
| 1/14/07 Sun. | Grits, Toast, Sausage, Egg, Jelly | Ham Sand, Mash Potatoe, Peas & Carrots, Mix Fruit | Chicken Patties, Green Beans, Mash Potatoe, Corn Bread, Pudding / Fruit Drink |
| 1/15/07 Mon. | Grits, Toast | Bologna Sand, Green Beans | Beef-O-Roni, Corn Bread |

# JANUARY - 2007

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/16/07 Tues. | Grits, Toast, Beef Hash, Jelly | Chili Dog w..., Mash Potatoe, Bake Beans, Apple Sauce | Veg. Beef Soup, Corn Beans, Mash Potatoe, Pudding |
| 1/17/07 Wed. | Grits, Toast, Sausage, Egg, Jelly | Ham & Cheese Sand, Corn, Peas & Carrots, Slice Apples | Spaghetti, Corn Beans, Mex Greens, Cake |
| 1/18/07 Thurs. | Grits, Toast, Egg, Jelly | Bologna Sand, Green Beans, Mash Potatoe, Mex Fruit | Black eyes, Corn Bread, Collard Greens, Rice, Slice Apples |
| 1/19/07 Fri. | Grits, Toast, Sausage, Egg, Jelly | Chicken Sand, Mash Potatoe, Green Beans, Pudding | Lima Beans, Corn Bread, Rice, Steam Squash, Apple Shuce |
| 1/20/07 Sat. | Grits, Toast | Ham Sand, Corn, ... | Beef-O-Roni, Corn Bread |

JANUARY - 2007

Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/21/07 Sun. | Grits<br>Toast<br>Sausage<br>Egg<br>Jelly | Bologia Sand<br>Bake Beans<br>Mash Potatoe<br>Slice Apples | Pinto Beans<br>Okra Corn - Tomatoes<br>Corn Bread<br>Mix Fruit<br>Rice |
| 1/22/07 Mon. | Grits<br>Toast<br>Egg<br>Jelly | Veg. Beef Soup<br>Peanut Butter/Jelly Sand<br>Mash Potatoe<br>Apple Sauce | Black eyes<br>Corn Bread<br>Rice<br>Collard Greens<br>Mix Fruit |
| 1/23/07 Tues. | Grits<br>Toast<br>Beef Hash<br>Jelly | Ham & Cheese Sand<br>Corn<br>Bake Beans<br>Cookie - | Spaghetti<br>Corn Bread<br>Green Beans<br>Pudding -<br>Corn |
| 1/24/07 Wed. | Grits<br>Toast<br>Sausage<br>Egg<br>Jelly | Bologia Sand<br>Peas & Carrots<br>Mash Potato<br>Pudding - | Lima Beans<br>Okra Corn Tomatoes<br>Corn Bread<br>Mix Greens<br>Slice Apples |
| 1/25/07 Thurs. | Grits<br>Toast | Fish Sand<br>Bake Beans | Navy Beans<br>Rice |

JANUARY - 2007

Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/26/07 FRI. | Grits, Toast, Eggs, Jelly | Corn Dog, Bake Beans, Mash Potatoe, Pudding | Beef-O-Ron!, Corn Beans, Green Beans, Mix Fruit |
| 1/27/07 Sat. | Grits, Toast, Beef Hash, Jelly | Bologna Sand, Green Beans, Mash Potatoe, Slice Apple | Black-eye, Corn Bread, Rice, Mix Greens, Pudding |
| 1/28/07 Sun. | Grits, Toast, Sausage, Eggs, Jelly | Ham Sand, Corn, Bake Beans, Cookie | Pepper Steak, Green Beans, Mash Potatoe, Corn Bread, Pudding, Fruit Drink |
| 1/29/07 Mon. | Grits, Toast, Eggs, Jelly | Bologna Sand, Peas & Carrots, Mash Potatoe, Apple Sauce | Spaghetti, Corn Bread, Green Beans, Slice Apples |
| 1/30/07 Tues. | Grits, Toast | Veg. Beef Soup, Peanut Butter And | Pinto Beans, Corn Bread |

JANUARY - 2007

Breakfast - Lunch - Dinner

| 1/31/07 Wed. | Grits<br>Toast<br>Beef Hash<br>Jelly | Bologna Sand<br>Corn<br>Bake Beans<br>Cookie | Limas Beans<br>Rice<br>Mix Greens<br>Corn Bread<br>Pudding |
| --- | --- | --- | --- |

"THE END"

FEBRUARY - 2007

BREAKFAST - LUNCH - DINNER

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 2/1/07 Thurs | Grits, Toast, Sausage, Eggs, Jelly | Chili Dog ② Bake Beans, Chips, Pudding | Spaghetti, Corn Bread, Steam Squash, Slice Apples, Mix Greens |
| 2/2/07 FRI. | Grits, Toast, Eggs, Jelly | Ham & Cheese Sand, Green Beans, Mash Potato, Apple Sauce | Pinto Beans, Corn Bread, Rice, Okra-Corn-Tomato, Pudding |
| 2/3/07 SAT. | Grits, Toast, Beef Hash, Jelly | Bologna Sand, Peas & Carrots, Mash Potato, Slice Apples | Blackeyes, Corn Bread, Rice, Collard Greens, Cake |
| 2/4/07 Sun. | Grits, Toast, Red Hot, Eggs, Jelly | Ham Sand, Corn, Mash Potato, Cookie - | Chicken Pattie, Corn Bread, Green Beans, Mash Potato, Pudding |
| 2/5/07 Mon. | Grits, Toast, Eggs, Jelly | Veg. Beef Soup, Peanut/Butter Sand, Mash Potato, Mix Fruit | Limas Beans, Rice, Corn Bread, Mix Greens, Apple Sauce |

FEBRUARY - 2007

BREAKFAST - LUNCH - DINNER

| | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| 2/6/07 Tues. | Grits Toast Sausage Egg Jelly | Corn Dog Bake Beans Mash Potatoe Cookie | Beef-O-Row Steam Squash Green Beans Pudding / Fruit Drink |
| 2/7/07 Wed. | Grits Toast Beef Hash Jelly | Corn Jour Mash Potatoe Corn Apple Sauce | Beef Steak + Gravy Corn Beans Rice Mix Greens Slice Apples |
| 2/8/07 Thurs. | Grits Toast Sausage Eggs Jelly | order Hot Chili Dogs (2) Green Beans Pudding | Cajun Beans Rice Corn Bread Collard Greens Cake |
| 2/9/07 Fri. | Grits Toast Eggs Jelly | Bolongia Sand Bake Beans Green Beans Apple Sauce | Black eyes Corn Beans Rice Okra-Corn-Tomatos Pudding |
| 2/10/07 Sat. | Grits Toast Red Hot Eggs Jelly | Ham & Cheese Sand Mash Potatoe Peas & Carrots Cookie | Spagetti Green Beans Corn Bread Slice Apples |

FeBruary 2007

Breakfast - Lunch - Dinner

2/11/07 Grits
Sun. Toast
    Sausage
    Egg
    Jelly

Ham Sand
Corn
mash Potatoe
Mix Fruit

pepper Steak
Green Beans
mash Potatoe
Corn Bread
Pudding

2/12/07 Grits
Mon. Toast
    Egg
    Jelly

Bologia Sand
Bake Beans
Peas & Carrots
Apple Sauce

Pinto Beans
Steam Squash
Corn Bread
Rice
Pudding

2/13/07 Grits
Tues. Toast
    Sausage
    Egg
    Jelly

Veg. Beef Soup
Peanut / Butter
Jelly Sand
mash Potatoe
Slice Apples

Spaghetti
Roll
Green Beans
Apple Sauce/Fruit Brd

'07 Grits
Toast
    Egg
    Jelly

Ham Sand
Corn
mash Potatoe
Cookie

Blackeyes
Corn Bread
Okra-Corn-Tomatoe
Collard Greens
Slice Apples

Ts
T
T

Chicken Sand
Green Beans
mash Potato
Pudding

Limas Beans
Corn Bread
Rice
Mix Greens
Mix Fruit

FEBRUARY - 2007

Breakfast - Lunch - Dinner

2/16/07
FRI.
Grits
Toast
Beef Hash
Jelly
| Bologna Sand
Bake Beans
Peas & Carrots
Apple Sauce
| Spaghetti
Corn Bread
Green Beans
Cake / Fruit Drink

2/17/07
SAT.
Grits
Toast
Sausage
Egg
Jelly
| Corn Dog
Bake Beans
Mash Potato
Pudding -
| Blackeyes
Corn Bread
Rice
Mix Greens
Slice Apples

2/18/07
SUN.
Grits
Toast
Red Hot
Jelly
Egg
| Ham Sand
Corn
Bake Beans
Cookie
| Pepper Steak
Mash Potato
Green Beans
Corn Bread
Pudding / Fruit Drink

2/19/07
MON.
Grits
Toast
Egg
Jelly
| Veg. Beef Soup
Peanut Butter & Jelly Sand
Mash Potato
Apple Sauce
| Limas Beans
Steam Squash
Corn Bread
Rice / Cake

2/20/07
TUE.
Grits
Toast
Sausage
Egg
Jelly
| Bologna Sand
Bake Beans
Green Peas
Cookie -
| Beef-O-Roni
Corn Bread -
Green Beans-
Pudding -

FEBRUARY - 2007

BREAKFAST - LUNCH - DINNER

2/21/07 Grits | Chili Dog | Pinto Beans
Wed. Toast | Chips | Steam Squash
Beef Hash | Bake Beans - | Corn Bread
Jelly | Pudding | Rice
| | Slice Apples -

2/22/07 Grits | Ham & Cheese Sand | Spaghetti
Thurs. Toast | Corn | Corn Bread
Sausage | Peas & Carrots | Mix Greens
Egg | Apple Sauce - | Cake
Jelly |

2/23/07 Grits | Bologna Sand | Black eyes
Fri. Toast | Mash Potato | Corn Bread
Red Hot | Bake Beans | Collard Greens
Egg | Mix Fruit | Rice
Jelly | | Pudding -

2/24/07 Grits | Bologna & Cheese Sand | Limas Beans
Sat. Toast | Corn | Okra-Corn Tomatoes
Egg | Bake Beans | Corn Bread
Jelly | Cookie | Steam Squash
| | Cake -

2/25/07 Grits | Ham Sand | Pepper Steak
Sun. Toast | Bake Beans | Mash Potato
Sausage | Corn | Green Beans
Egg - | Slice Apples - | Pudding
Jelly - | | Kool / Fruit Drink

FEBRUARY - 2007

Breakfast    -    Lunch    -    Dinner

2/26/07 Grits
/Mon. Toast
Egg
Jelly

Bologna Sand
Bake Beans
mash Potato
Apple Sauce

Spaghetti
Corn Bread
Green Beans
Slice Apples / Fruit
                    Drink

2/27/07 Grits
/Tues. Toast
Beef Hash
Jelly

Veg. Beef Soup
Peanut/Butter/ Jelly Sand
mash Potato
Mix Fruit

Limas Beans
Rice
Corn Bread
Mix Greens
Pudding

2/28/07 Grits
/Wed. Toast
Sausage
Egg
Jelly

Ham & Cheese Sand
Corn
Peas & Carrots
Pudding -

Pinto Beans
Corn Bread
Rice
Collard Greens
Apple Sauce

"The End"