IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY RAPHAEL COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv1125-MHT |
| | ) | (WO) |
| JAY JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 30, 2007 (doc. no. 16), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case be and hereby is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

DONE, this the 26th day of April, 2007.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE